Norman E. REYNOLDS and Delmar L. Stagner, Plaintiffs,

v.

STATE ELECTION BOARD et al., Defendants,

Don Baldwin et al., Interveners.

Harry R. MOSS, Norman Reynolds and Council of Democratic Neighborhood Clubs, Plaintiffs,

v.

William A. BURKHART et al., Defendants,

M. A. Price et al., Interveners.

Civ. Nos. 64-255, 9130.

United States District Court
W. D. Oklahoma.

Aug. 7, 1964.

Supplemental Order Aug. 19, 1964.

No. 64–255:

Norman E. Reynolds, Oklahoma City, Okl., pro se.

Delmer L. Stagner, Oklahoma City, Okl., pro se.

Harvey H. Cody, Jr., Charles Nesbitt, Atty. Gen. of Oklahoma, Oklahoma City, Okl., for State Election Board of Oklahoma and Apportionment Commission of Oklahoma.

Jim Rinehart, El Reno, Okl., for Don Baldwin and others.

No. 9130:

Sid White, Oklahoma City, Okl., for Harry R. Moss.

G. D. Spradlin, and Norman E. Reynolds, Oklahoma City, Okl., for Council of Democratic Neighborhood Clubs and Norman E. Reynolds.

U. Simpson Tate, Wewoka, Amos T. Hall, Tulsa, Okl., E. Melvin Porter, Oklahoma City, Okl., for A. Willie James, J. W. Simmons, J. M. Tyler, Amos T. Hall and J. J. Simmons.

Bryce A. Baggett, Oklahoma City, Okl., for Bryce Baggett, Jimmy Birdsong, James Demopolos, John L. Garrett, George C. Keyes, J. C. Jiggs Ray, Allie P. Reynolds, Cleeta John Rogers, John Rogers and Jack R. Skaggs.

Charles E. Norman, Tulsa City Atty., by Paul Johnson, Asst. City Atty., Tulsa, Okl., Smith & Brown, by Finis Smith, Sp. Associate Atty., Johnson & Fisher,

by Lewis C. Johnson, Sp. Associate Atty., Tulsa, Okl., for City of Tulsa, Mayor James L. Maxwell, Commrs. Bennie G. Garren, Robert LaFortune, R. L. Langenheim and Fay Kee.

Delmer Stagner, Oklahoma City, Okl., for William A. Burkhart, State Treasurer.

Charles Nesbitt and Harvey H. Cody, Oklahoma City, Okl., for Andy Anderson, State Auditor, and J. D. Dunn, Lawton Leininger and Mike Conners, composing State Tax Commission of Oklahoma.

Albert D. Lynn and E. J. Armstrong, Oklahoma City, Okl., for the State.

John Wagner, Oklahoma City, Okl., Robert Blackstock, Bristow, Okl., Herbert F. Hewett, Oklahoma City, Okl., for Clee Fitzgerald, Chairman, State Election Bd., Herbert F. Hewett, V-Chairman and Louie R. Geiser, Secretary.

Norman Reynolds, Oklahoma City, Okl., for Gov. J. Howard Edmondson.

Otjen, Carter, Huddleston & Otjen, Enid, Okl., for Oklahoma Farm Bureau and Lewis H. Munn.

Jim A. Rinehart, El Reno, Okl., Leon S. Hirsh and Paul Johanning (of Hirsh & Harkin), Oklahoma City, Okl., for Don Baldwin, Ed Berrong, Roy C. Boecher, Ray Fine, Glen Ham, LeRoy McClendon, Alfred Stevenson, Basil R. Wilson, Walt Allen, Boyd Cowden, Byron Dacus, Clem Hamilton, Bob A. Trent, Joe Bailey Cobb, Leon B. Field, Allen G. Nichols and Gene Stipe.

Jim A. Rinehart, El Reno, Okl., Leon S. Hirsh and Paul Johanning (of Hirsh & Harkin), Oklahoma City, Okl., for M. A. Price, John M. Rasberry, J. R. Hutchins and Roy Grimes, Directors of Oklahomans for Local Government.

V. P. Crowe, Oklahoma City, Okl., for League of Women Voters, amicus curiae.

Mrs. Trimble B. Latting, Pres., Oklahoma Congress of Parent-Teachers Assn., Oklahoma City, Okl., Richard K. McGee, Tulsa, Okl., Tom Tate, House of Representatives, Oklahoma City, Okl., amici curiae.

W. Timothy Dowd, Tulsa, Okl., for Dewey F. Bartlett, William A. Silver, Dwight Williamson, Paul Meek, William P. Gable, Jr., Lewis C. Johnson, W. Timothy Dowd, Carrol Guthridge, and Ralph Rhoades, intervening as amici curiae.

Before MURRAH, Circuit Judge, and DAUGHERTY and BRATTON, District Judges.

PER CURIAM.

No. 9130, Moss v. Burkhart, reported 207 F.Supp. 885, and 220 F.Supp. 149, comes on for further consideration pursuant to summary order of the United States Supreme Court affirming this Court's order of reapportionment on its merits and remanding for further proceedings in conformity with the opinion in Reynolds v. Sims, 377 U.S. 533, 84 S. Ct. 1362, and related cases. We will briefly review the course of this protracted litigation to again put it in proper perspective.

After Baker v. Carr, 369 U.S. 186, 82 S.Ct. 691, 7 L.Ed.2d 663, and pursuant to hearings in June, 1962, we refused to interfere with the up-coming 1962 Oklahoma primary, but declared the Oklahoma apportionment laws prospectively null and void, and inoperative for all future elections and continued the case until July 31, 1962, to afford the State an opportunity to provide a remedy for the adjudicated malapportionment. When the matter came on for hearing pursuant to assignment on July 31st, we again refused to interfere with the election then in being, but we laid down positive and precise guidelines for bringing Oklahoma apportionment laws into conformity with the requirements of the Oklahoma and the Federal Constitutions. These guidelines were in accordance with the opinion of the then Attorney General of the State of Oklahoma, submitted to the Court in June, 1962. This plan has been referred to throughout this proceedings as "Model C." We recessed the proceedings until March 8, 1963, to afford the incoming Legislature an opportunity to enact a system of election laws apportioning the State of Oklahoma in accordance with

the opinion of the Attorney General of the State, which we recommended as in conformity with the requirements of the Federal Constitution. We then said that if the Legislature failed to act within the time allotted to it, the Court would then be compelled, as a last resort, to re-apportion by judicial order.

An Initiative Petition was submitted in the November, 1962, election, providing for the transfer of the apportionment duties of the Legislature to a constitutional reapportionment commission. The Petition received a majority of the votes cast on the measure, but failed of adoption for lack of sufficient affirmative votes. See: Allen v. Burkhart, Okl., 377 P.2d 821. When this case came on for further hearing March 8, 1963, pursuant to assignment, the then Attorney General of the State of Oklahoma and the intervening Senators offered Senate Joint Resolution No. 8, 14 O.S.Supp. §§ 78.1–78.11, and House Bill No. 586, 14 O.S.Supp. §§ 102–106 as an appropriate remedy for the adjudicated malapportionment. Upon a hearing on the appropriateness of the proffered remedy, we rejected the House Bill as providing "little or no relief for malapportionment under antecedent laws." We rejected Senate Joint Resolution No. 8 as a "patchwork of political maneuvering and manipulation to perpetuate the same invidious apportionment which prevailed under the antecedent laws." The 1963 session of the Oklahoma Legislature also referred to the people a proposed amendment to the Constitution providing for reapportionment of both houses of the Legislature in accordance with a new formula with built-in constitutional means for effecting reapportionment. This proposal was referred to as Senate Joint Resolution No. 4, Laws 1963, p. 736 and was ultimately submitted as State Question 416. We considered this proposed amendment only to determine its acceptability as an appropriate remedy, if adopted. We noted the gross disparity provided therein and expressed misgivings, but were careful not to interfere with the right of the people to speak on the proposal. Being convinced by all that had transpired that the Oklahoma Legislature was unable or unwilling to reapportion itself, and realizing the importance of settling apportionment laws applicable to the forthcoming 1964 elections, we then promulgated our order of July 17, 1963, reapportioning the Oklahoma Legislature in accordance with so-called "Model C." The Attorney General and the intervenors appealed from this order.

During pendency of the appeal, an original action was brought in the Supreme Court of Oklahoma to review House Bill No. 586 and Senate Joint Resolution No. 8, to determine if they were in accord with the Oklahoma Constitution. In the same action, the Attorney General applied to the Oklahoma Court for a "Provisional or Conditional Order" directing "how the 1964 elections for legislative offices should be conducted if the Order of Reapportionment entered on July 17, 1963, * * * should be stayed, reversed, vacated, or held ineffective for any reason." Davis v. McCarty, Okl., 388 P.2d 480, 482. The Oklahoma Court proceeded to determine whether the most recent apportionment legislation in Oklahoma, i. e., H.B. 586 and SJR 8, "meet the test of substantial equality prescribed by our State Constitution," and apparently assumed that compliance with the Oklahoma Constitution would constitute compliance with the mandate of the Federal Constitution. Upon consideration of this legislation, the Oklahoma Court concluded that the legislation could be made acceptable as an appropriate remedy "without disturbing in any way H.B. 586, except to remove flotorial representation unauthorized by the [State] constitution; and without disturbing in any way SJR No. 8, except to add senatorial representation to meet the test of substantial equality prescribed by our [State] Constitution." Davis v. McCarty, supra, p. 482.

After the Oklahoma Supreme Court's stand-by order of reapportionment, our reapportionment order was stayed pending appeal. Primaries have been con-

ducted under the stand-by order in accordance with the apportionment formulae provided therein, based upon H.B. 586 and SJR 8 as revised by the Oklahoma Supreme Court to bring it in conformity with the Oklahoma Constitution. In the 1964 run-off primaries, State Question 416 was duly adopted. The gist of the amendment is to amend Article 5 of the Oklahoma Constitution relating to apportionment of the State Legislature and repealing all conflicting sections of the Constitution. After adoption of this amendment, qualified electors brought an action, No. 64–255 Civil, Reynolds et al. v. State Election Board, to declare null and void the apportionment formulae provided in Sections 9A and 10A of Article 5, as amended, as repugnant to the Fourteenth Amendment. The suitors also attack the stand-by plan promulgated by the Oklahoma Court under which the primaries have been conducted, contending that it is invidiously discriminatory and, in any event, contingent upon the reversal or ineffectiveness of our July 17, 1963, order. The Court is petitioned to declare State Question 416 and the stand-by order void and inoperative, and to enter an order vacating the May primary elections; declare all legislative offices vacant and direct the Governor of the State of Oklahoma to proclaim special elections as provided by 26 O.S. §§ 541–545, inclusive, to fill such vacancies in accordance with "Model C" as incorporated in the reapportionment order of this Court and which is now the constitutional law of this case. A three-judge court was duly constituted and upon motion and by consent of all parties, the case has been consolidated with Moss v. Burkhart. The consolidated cases are now before this Court to consider (1) whether State Question 416 contravenes the requirements of the Fourteenth Amendment with respect to equality of representation in the State Legislature, as enunciated by authoritative decisions; and, (2) if the amendment is held not to conform to the requirements of the Federal Constitution, the formulation of an appropriate remedy for the invidious dis-

crimination which we have heretofore found in all prior apportionment laws of the State of Oklahoma.

Since the Reynolds case was commenced, certified nominees of both political parties from Oklahoma and Tulsa Counties have intervened to challenge the constitutionality of the apportionment laws under which they were nominated and to petition the Court to vacate the May primary elections, declare vacant the offices to which they and others have been nominated, and direct the Governor to proclaim and order special elections, as provided by 26 O.S. § 541 et seq., to fill the vacancies thus created. The Attorney General, representing the Oklahoma State Election Board, and the intervening Senators in Moss v. Burkhart, have responded contending that State Question 416 is now the law of Oklahoma insofar as it is not inconsistent with the requirements of the Federal Constitution, and to the extent that it does infringe upon the Equal Protection Clause of the Fourteenth Amendment, it must yield to the Supremacy Clause of the Federal Constitution. They freely concede by their response and at the bar of this Court that State Question 416 is in certain enumerated respects repugnant to the Federal Constitution and must, therefore, fail. They have filed a plan or scheme designated herein as Exhibits I and II, in which they clearly indicated that part of the amendment which must be expurgated. As thus modified to conform to the supreme law of the land, they offer State Question 416 as the basic law of Oklahoma for reapportionment of the State Legislature, and as repealing all prior laws in conflict therewith.

. On the question of immediate remedy, we are urged to uphold the May primary under the stand-by order of the Oklahoma Supreme Court, not because the elections are in conformity with the requirements of State Question 416 as modified to conform to Federal law, but rather as an improvement upon all preexisting laws. They say in that connection that the apportionment under the stand-by order is not sufficiently dis-

parate in the proportionate representation it will bring about to justify the voiding of an election, which they say is now in process or in being. They would have this Court formulate precise guidelines in accordance with State Question 416 as modified, for the Legislature which will convene in January, 1965, under the stand-by order, or in the alternative to promulgate a provisional order of apportionment in accordance therewith. In that respect, our attention is directed to the provisions of State Question 416 for an apportionment commission, with authority to reapportion the State in accordance with established law, if the Legislature refuses to do so within sixty days after convening. This procedure, they argue, will be the least disruptive of the State processes and, at the same time, will insure a constitutionally reapportioned Legislature for the session convening in 1967. They question first whether a special session of the Legislature is empowered to vacate the elections now in being, as indeed, they question the power of this Court to do so. They further question whether the voiding of the elections would result in a vacancy within the meaning of 26 O.S. § 541. And finally, they suggest that the expense of an extraordinary session of the Legislature or of special elections outweighs the benefit to be derived by these plaintiffs thereby.

It is true, as the plaintiffs suggest, our July 17, 1963, order of reapportionment has been affirmed. It does surely provide for reapportionment of the Oklahoma legislature in accordance with the principle of equality of representation enunciated in Reynolds v. Sims, supra, and related cases. It is based upon the then subsisting provisions of the Oklahoma Constitution, with modifications to bring it into conformity with the supreme law of the land. But since our previous order, the Oklahoma Constitution has been changed and the provisions upon which our previous order rested have been repealed by State Question 416. State Question 416 is now the basic law of Oklahoma for apportionment of the State Legislature, repealing all conflicting sections of the Oklahoma Constitution.

While Moss v. Burkhart, supra, was affirmed on its merits, it was remanded to allow us to effect reapportionment of the State of Oklahoma in accordance with the principles announced in Reynolds v. Sims, supra, and to that end, leave in this Court the power to fashion a remedy in the light of well-known principles of equity. See: Reynolds v. Sims, supra [84 S.Ct. p. 1393]. We believe that by affirmance of our previous order of reapportionment in accordance with Reynolds v. Sims, the Supreme Court committed to us the equitable discretion to fashion a remedy for the reapportionment of the Oklahoma State Legislature to suit the exigencies of the case now before us. In the exercise of our equitable discretion, we have accordingly examined the constitutional amendment (State Question 416) to determine whether it can be utilized for the effectuation of constitutional reapportionment in Oklahoma. We agree with the present Attorney General of Oklahoma that it should now be considered as the basic law of Oklahoma on apportionment of the Legislature. We accept the Attorney General's candid statement in his response and at the bar of this Court concerning the provisions of this amendment which he deems to be in conflict with the Federal Constitution, and which he admits must, therefore, yield to its requirements. We also accept the Attorney General's view that the "Amendment was proposed by the Legislature and adopted by the people, both charged with knowledge of the supremacy of the Federal laws, and, in truth, aware that standards and guidelines were in the process of formulation in the Federal courts, and aware that the apportionment formulae in said amendment would, of course, be subordinate to the standards being so formulated." The amendment having been adopted as an appropriate remedy for existing malapportionment, the people intended for it to prevail as basic law to the extent that

it is in conformity with the supreme law of the land and that it would fail only insofar as it must yield to the Supremacy Clause of the Federal Constitution. To paraphrase the words of the Attorney General, we will not strike down the amendment in toto, because one Article contravenes Federal guaranties, nor an Article because a Section is void, nor a Section because a clause is bad. And see: Guinn v. United States, 238 U.S. 347, 366, 35 S.Ct. 926, 59 L.Ed. 1340.

In our July 17, 1963, order we accepted the then Attorney General's opinion of the constitutionality of the then existing apportionment laws and order the State reapportioned in accordance with the opinion of the Attorney General. We now accept the present Attorney General's views of the present law of the State, except as we shall hereinafter depart therefrom.

■ Specifically, we agree with the Attorney General and the intervening Senators that Section 9A, Article 5 of the amendment (State Question 416) is the basic law of Oklahoma for the apportionment of the State Senate. We accept the provisions of Section 9A which provides (1) for forty-eight one-senator senatorial districts in Oklahoma; (2) that the term of office of a senator shall be four years; (3) that one-half of the senators shall be elected each two years; and (4) that the apportionment of the senatorial districts shall be substantially in accordance with the Attorney General's Exhibit I and as more specifically delineated in the revised order of reapportionment hereinafter set forth, and provided further that the multi-district counties shall be subdivided into senatorial districts of approximately equal population, as specifically delineated in the revised order herein.

We agree with the Attorney General and the intervening Senators that Section 10A, Article 5 of the amendment should be retained as the basic law of Oklahoma to provide a formula and procedure for the apportionment of the House of Representatives of the State of Oklahoma. The House of Representa-

tives shall, therefore, be apportioned in accordance with Section 10A, Article 5 as amended, to provide (1) for approximately 100 representatives (the ratio being 1⁄100th of the population of the State) ; and, (2) that the term of office of a representative shall be two years. The House of Representatives will be apportioned into districts of approximately equal population, as prescribed and delineated in the revised order of reapportionment hereinafter set forth. All of the remaining parts and provisions of Sections 9A and 10A are unconstitutional and they are, hereby, declared null and void. The apportionment commission provided by Sections 11A and 11B, Article 5 of the amendment, and the means for the enforcement of its apportionment orders provided in Sections 11C, 11D and 11E in no way conflicts with the Federal Constitution, and remains as a part of the basic law of apportionment in Oklahoma.

■ Having arrived at what seems to be a satisfactory and acceptable plan for reapportionment of the State of Oklahoma in accordance with the amendment to Article 5 of the Oklahoma Constitution and in compliance with the requirements of the Federal Constitution, the question remains when and how shall it become operative as the controlling law of the State.

The Attorney General and the intervening Senators plead for forbearance and further delay. The plea is plausible on its face, but becomes unacceptable when considered in the light of the history of this case. This litigation had its genesis in Radford v. Gary, D.C., 145 F.Supp. 541, nine years ago. At that time the Attorney General of the State of Oklahoma freely conceded in open court that the Oklahoma Legislature was malapportioned under both the Oklahoma and Federal Constitutions. The answer then was simply that there was no redress in the courts. Since Baker v. Carr, supra, more than two years ago and upon full hearing, we declared the then existing apportionment laws of the State of Oklahoma prospectively null and void, ·

but permitted the 1962 Legislature to be constituted under such laws, and left the matter of correcting the deficiencies to that Legislature on the solemn promise that once their duty was made clear, they would discharge it with honor and fidelity. The result was new laws, equally discriminatory, and an amendment to the State Constitution, which all parties now frankly concede must be materially revised in order to meet the constitutional test of representation based upon population.

While we must, in the exercise of our equitable discretion, fashion a remedy which will bring about effective reapportionment with the least disruption of State processes, we are reminded in Reynolds v. Sims, supra, that "once a State's legislative apportionment scheme has been found to be unconstitutional, it would be the unusual case in which a court would be justified in not taking appropriate action to insure that no further elections are conducted under the invalid plan." It is suggested that an "unusual case" is where an impending election is imminent and the State's election machinery is already in progress.

If the election in Oklahoma were imminent, i. e., so close that a vacation of the primary would be unduly and inequitably disruptive of the orderly electorial process, we would surely yield to the exigencies of the situation. In 1962, we refused to vacate the primary although ample time remained, and we refrained from interfering in any way in order to permit the Legislature to provide its own remedy. As in 1962, primary elections have been conducted and nominees have been certified. But, the primary elections were conducted under the stand-by order of the Oklahoma Supreme Court, which was expressly conditioned and contingent upon the ineffectiveness of our July 17, 1963, order of reapportionment. The judgment of this Court was challenged and litigated, and the primary elections conducted on the assumption that our judgment would be overturned. That judgment has now become the settled law in Oklahoma, and

our present situation is thus demonstrably different from the circumstances existing in 1962. If confusion and hardship results from the vacation of the primary elections, it is not of our making. Our duty is to reapportion the Oklahoma Legislature in accordance with the established law of the land.

Certain nominees under the May primary have come forward as intervenors to sacrifice the advantages they have gained by successful campaigns and urge us not to leave reapportionment to a Legislature of which, if successful in November, they would be a member. We should, of course, do nothing to put an end to the existence of any co-ordinate branch of State government, or even permit it to destroy itself, but we are reasonably sure that the voiding of these elections and the declaration of vacancies in the respective offices would do no harm to the legislative process in the State of Oklahoma. Since 1913, the State has provided for the filling of vacancies which occur by death, resignation, removal or otherwise. In the event of such vacancies, the Governor shall issue his proclamation, designating a day when an election may be held throughout the county or district for the filling of such vacancy. See: 26 O.S. §§ 541–545, inclusive. There is ample time and sufficient funds for the special elections. In these circumstances, we decline to withhold the immediately available remedy to which the plaintiffs are clearly entitled. We accordingly vacate the primary elections conducted under the Oklahoma Court's stand-by order and we find and hold that a vacancy exists in all of those offices, within the meaning and as contemplated by 26 O.S. § 541 et seq.

Section 9A, as amended by State Question 416 provides: "[A]ny Senator, serving at the time of the adoption of this amendment, shall serve the full time for which he was elected." But, no office-holder has a vested right in an unconstitutional office any more than he has a right to be elected to that office. We believe that it would be

invidiously discriminatory to allow this provision of the new constitutional amendment to stand, and it is, therefore, stricken. The July 17, 1963, order of reapportionment provides that the terms of office of senators elected in November, 1960, general election, as well as those elected at the November, 1962, election, will end with the fifteenth day after the general election of November, 1964. We adhere to that part of our former order and declare all legislative offices of the Oklahoma Legislature vacant as of the fifteenth day after the general election in November, 1964, and subject to special elections under 26 O.S. §§ 541–545, inclusive. It thus becomes the statutory duty of the Governor to call special elections as provided by 26 O.S. §§ 541–545, inclusive. The special elections will be conducted for the purpose of nominating candidates for the offices of the Senate and House of Representatives from the districts designated and delineated in the revised order of reapportionment hereinafter set forth. It is the obligation of the State Election Board and those acting under its authority and direction, to conduct elections as herein provided, out of any available funds appropriated to it. And, it is the obligation of the members of the Emergency Fund Board to make any necessary funds available to the Governor and to the State Election Board, for the purpose of conducting the special elections herein ordered. It will, of course, be unnecessary to proclaim or conduct special elections for nominations to the legislative offices in those reapportioned districts which coincide with the nominations in the May primary. Those nominees will be recognized as duly certified for the purpose of the general election in November in such reapportioned districts. The instances in which special elections are unnecessary will be hereinafter enumerated in the revised order of reapportionment.

 We do not interfere with that part of the Attorney General's plan which provides for at-large elections in districts embracing more than one county. Nor do we interfere with that part of the Attorney General's plan which provides for at-large elections in multi-member counties embracing less than four districts. In accepting these parts of the Attorney General's plan, we do not indicate approval of at-large elections and do not mean to hold that such elections comport with constitutional requirements of equal protection of the citizens under other circumstances.

The Election Board of the State of Oklahoma, and all those acting by and under its authority, are hereby ordered and directed to accept filings and conduct elections, only in accordance with the provisions of the revised order of reapportionment, and in conformity with the special election statutes of the State of Oklahoma where not inconsistent herewith. The said Board and those acting by and under its authority are enjoined from accepting filings otherwise than in conformity therewith, from conducting special primaries or special or general elections otherwise than in conformity therewith, from issuing certificates of nomination or election otherwise than in conformity therewith, from declaring the results of any such election held otherwise than in conformity therewith, and from certifying to the Secretaries of the County Election Boards a list of nominees otherwise than in conformity therewith.

The election boards of the various counties are likewise directed and ordered to conform to the provisions of said order in their conduct of any special primary and general elections, as well as in obtaining ballots and certifying results therefor.

 All persons and parties are enjoined and restrained from interfering with the conduct of the electoral process in any manner, from interfering with the terms of said order in any manner, and from taking any actions designed to or which will have the effect of interfering with the carrying out of said order, except as may be provided by law for the appeal of this order to the Supreme Court of the United States. And

this Court retains jurisdiction for the purpose of making any further orders deemed necessary to insure the special elections provided herein, to the end that nominees for the legislative offices provided herein, in accordance with 26 O.S. §§ 541–545, inclusive, shall be duly certified for the general election in November, 1964.

## REVISED ORDER OF RE-APPORTIONMENT

The Legislature of the State of Oklahoma is hereby apportioned as hereinafter provided from the date of this order until the fifteenth day after the general election in November, 1972, unless and until a Legislature, elected and constituted by virtue of this apportionment or the duly constituted Apportionment Commission shall reapportion the Legislature in accordance with the requirements of the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution. The offices of all senators and representatives are hereby declared to be vacant as of the fifteenth day after the general election in November, 1964. The primary and run-off elections conducted in May, 1964, for nominations for the offices of senators and representatives from districts which do not strictly conform to the districts provided herein are hereby declared to be null and void. Those persons nominated in the 1964 primary elections from districts which strictly conform to the districts herein provided shall be the nominees of the appropriate districts and as to such districts only, the 1964 primary elections are not voided.

## THE SENATE

The Oklahoma State Senate shall consist of 48 members who shall be apportioned during the period set forth above among the 48 senatorial districts of the State as provided herein.

The term of office of senators elected in the November, 1960, general election, as well as those nominated and elected at the November, 1962, elections, will end with the fifteenth day after the general election in November, 1964, all as provided in Moss v. Burkhart, supra, and affirmed by the Supreme Court of the United States.

Senators elected from even-numbered districts in November, 1964, shall hold office until the fifteenth day succeeding the general election in November, 1966, and senators elected from the odd-numbered districts in 1964 shall hold office until the fifteenth day succeeding the general election in November, 1968. The election of senators in 1966 and 1968 shall be for a term of four years, but the election in 1970 shall be only for a two-year term so that all terms shall expire on the fifteenth day succeeding the general election in 1972.

Each office is designated and distinguished numerically as provided herein and all filings of notification and declaration for nomination and election to any of such offices shall designate the number of the office to which the filings are intended to apply.

The Oklahoma Senate is, therefore, reapportioned as follows:

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|
| 1. | Ottawa, Nowata, Craig |
| 2. | Rogers, Mayes, Delaware |
| 3. | Cherokee, Wagoner, Adair |
| 4. | Sequoyah, LeFlore |
| 5. | McCurtain, Pushmataha, Choctaw |
| 6. | Atoka, Johnston, Marshall, Bryan |
| 7. | Pittsburg, Latimer, Haskell |
| 8. | McIntosh, Okmulgee |
| 9. | Muskogee |
| 10. | Osage, Pawnee |
| 11. | Seminole, Hughes* |
| 12. | Creek, Okfuskee |
| 13. | Pontotoc, Murray, Coal |
| 14. | Carter, Love |
| 15. | Garvin, McClain* |
| 16. | Cleveland |

* Senatorial districts No. 11, 15, 17, 19 and 29 strictly coincide with those obtaining during the May 1964 primary elections and, therefore, no further election is necessary to determine nominations from such districts.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|
| 17. | Pottawatomie* |
| 18. | Logan, Lincoln, Noble |
| 19. | Garfield* |
| 20. | Kay |
| 21. | Payne |
| 22. | Blaine, Kingfisher, Canadian |
| 23. | Caddo, Grady |
| 24. | Stephens, Jefferson |
| 25. | Jackson, Tillman, Cotton |
| 26. | Washita, Kiowa, Greer, Harmon |
| 27. | Dewey, Custer, Roger Mills, Beckham |
| 28. | Ellis, Woodward, Major, Alfalfa, Grant |
| 29. | Washington* |
| 30. | Cimarron, Texas, Beaver, Harper, Woods |

31. All of that portion of Comanche County lying East of a line which commences at the Cotton County line between Mangan and Crosby Townships and which proceeds North between said townships to the South border of Lawrence Township; thence East along the South border of said Lawrence Township to the Southwest corner of Lincoln Township; thence North along the border between Lincoln and Lawrence Townships to Southwest Bishop Road in Lawton, Oklahoma; thence West along said road to Sheridan Road; thence North along Sheridan Road to Northwest Ferris Avenue; thence East along Northwest Ferris Avenue to Northwest Fort Sill Boulevard; thence North to and through the Fort Sill Military Reservation and along the line which constitutes the East boundary of Lake Township to the Caddo County line.

32. All that portion of Comanche County and the City of Lawton, Oklahoma not included in the preceding district.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|

33. That part of Tulsa County beginning at the intersection of the Arkansas River and the South boundary line of Osage County; thence along the center of the Arkansas River to South Thirty-Third Street; thence East along the center line of South Thirty-Third Street to Peoria Avenue; thence North along the center line of Peoria Avenue to East Thirteenth Street; thence East along the center line of East Thirteenth Street to South Quincy Avenue; thence North along the center line of Quincy Avenue to East Eleventh Street; thence East along the center line of East Eleventh Street to South Saint Louis Avenue; thence North along the center line of South Saint Louis Avenue to East Sixth Street; thence West along the center line of East Sixth Street to South Quincy Avenue; thence North along the center line of South Quincy Avenue to East Fourth Street; thence West along the center line of East Fourth Street to South Peoria Avenue; thence North on South Peoria Avenue to East First Street; thence Southwesterly along the center line of East First Street to Elwood Avenue; thence Northwesterly along the center line of Elwood Avenue to the corner formed by the North-South and East-West boundary lines between Tulsa and Osage Counties; thence West along the South boundary line of Osage County to the Arkansas River, the place of beginning.

34. That part of Tulsa County beginning at the intersection of Yale Avenue and the South boundary line of Washington County; thence South along the center line of Yale Avenue to Sixty-Sixth Street North; thence West along the center line

and, therefore, no further election is necessary to determine nominations from such districts.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

of East Sixty-Sixth Street North to North Peoria Avenue; thence South along the center line of North Peoria Avenue to Fifty-Fourth Street North; thence East along the center line of Fifty-Fourth Street North to Rockford Avenue; thence South along the center line of North Rockford Avenue to Fifty-Second Street North; thence West along the center line of East Fifty-Second Street North to North Peoria Avenue; thence South along the center line of North Peoria Avenue to Forty-Seventh Street North; thence west and south following recent Tulsa City Limits lines to Mohawk Boulevard; thence Northeasterly along the center line of Mohawk Boulevard to North Quincy Avenue; thence South along the center line of North Quincy Avenue to East Virgin Street; thence West along the center line of East Virgin Street to North Madison Avenue; thence South along the center line of North Madison Avenue to East Reading Street; thence East along the center line of East Reading Street to North Peoria Avenue; thence South along the center line of North Peoria Avenue to the Frisco tracks; thence Southwesterly along the Frisco tracks to Main Street; thence North along the center line of Main Street to Fairview Street; thence West along the center line of Fairview Street to the Tulsa-Osage County line; thence North along the Tulsa-Osage County line to Apache Street; thence East along the center line of Apache Street to North Denver Avenue; thence North and East, following the recent Tulsa City Limits line to the Tulsa-Osage County Line; thence North along the Tulsa-Osage County line to the South boundary line of Washington County; thence East along the South boundary line of Washington County to Yale Avenue, the place of beginning.

35. That part of Tulsa County beginning at the intersection of North Yale Avenue and the South boundary line of Washington County; thence South along the center line of Yale Avenue to Sixty-Sixth Street North; thence West along the center line of Sixty-Sixth Street North to Peoria Avenue; thence South along the center line of Peoria Avenue to Fifty-Fourth Street North; thence East along the center line of Fifty-Fourth Street North to Rockford Avenue; thence South along the center line of Rockford Avenue to Fifty-Second Street North; thence west along the center line of Fifty-Second Street North to North Peoria Avenue; thence South along the center line of Peoria Avenue to Forty-Seventh Street North; thence West and thence Southerly following the present Tulsa City Limits lines to Mohawk Boulevard; thence Northeasterly along the center line of Mohawk Boulevard to North Quincy Avenue; thence South along the center line of North Quincy Avenue to East Virgin Street; thence West along the center line of East Virgin Street to North Madison Avenue; thence South along the center line of North Madison Avenue to East Reading Street; thence East along the center line of East Reading Street to North Peoria Avenue; thence South along the center line of Peoria Avenue to East Fourth Street; thence East along the center line of East Fourth Street to South Quincy Avenue; thence South along the center line of South Quincy Avenue to East Fifth Place; thence East along the center line of East Fifth Place to South Quincy Avenue; thence South along the center line of South Quincy Avenue to East Sixth Street; thence

East along East Sixth Street to South Saint Louis Avenue; thence South along the center line of South Saint Louis Avenue to East Eleventh Street; thence West along the center line of Eleventh Street to South Quincy Avenue; thence South along the center line of South Quincy Avenue to East Thirteenth Street; thence West along the center line of East Thirteenth Street to South Peoria Avenue; thence South along the center line of Peoria Avenue to Thirty-Third Street; thence East along East Thirty-Third Street to South Utica Avenue; thence South along the center line of South Utica Avenue to East Thirty-Sixth Street; thence West along the center line of East Thirty-Sixth Street to Rockford Avenue; thence South along the center line of South Rockford Avenue 100 feet; thence West to South Quincy Avenue; thence South along the center line of Quincy Avenue to East Thirty-Sixth Place; thence East along the center line of East Thirty-Sixth Place to South Rockford Avenue; thence South along the center line of Rockford Avenue to East Thirty-Ninth Street; thence East along the center line of East Thirty-Ninth Street to South Utica Avenue; thence South along the center line of South Utica Avenue to East Forty-First Street; thence East along the center line of Forty-First Street to South Lewis Avenue; thence North along the center line of Lewis Avenue to East Thirty-Eighth Street; thence East along the center line of East Thirty-Eighth Street to South Birmingham Avenue; thence North along the center line of Birmingham Avenue to East Thirty-Sixth Street; thence East along the center line of Thirty-Sixth Street to South Birmingham Avenue; thence North along the center line of South Birmingham Avenue to East Thirty-First Street; thence West along the

center line of Thirty-First Street to South Lewis Avenue; thence North on South Lewis Avenue to East Twenty-Fifth Street; thence East along the center line of East Twenty-Fifth Street to South Birmingham Place; thence North along the center line of South Birmingham Place to East Twenty-Third Street; thence East along the center line of Twenty-Third Street to South Delaware Place; thence North along the center line of South Delaware Place to the Katy tracks; thence Northwesterly along the Katy tracks to East Twenty-First Street; thence West along the center line of East Twenty-First Street to South Yorktown Avenue; thence North along South Yorktown Avenue to East Seventeenth Place; thence East along the center line of East Seventeenth Place to South Lewis Avenue; thence North along South Lewis Avenue to East Newton Street; thence East along the center line of East Newton Street to North Atlanta Avenue; thence North along the center line of North Atlanta Avenue to East Pine Street; thence West along the center line of Pine Street to North Lewis Avenue; thence North along the center line of North Lewis Avenue to East Apache Street; thence East along the center line of East Apache Street and thence following the present Tulsa City Limits boundary line to the intersection of East Pine Street and North Eighty-Fifth East Avenue; thence East along the center line of East Pine Street to the Tulsa-Rogers County line; thence North along the Tulsa-Rogers County line to the South boundary line of Washington County; thence West along the South boundary line of Washington County to Yale Avenue, the place of beginning. And beginning at the intersection of the East boundary of Osage County and West Apache

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
| --- | --- |

Street; thence East along the center line of West Apache Street to North Denver Avenue; thence North along the center line of North Denver Avenue and in an Easterly direction following the present Tulsa City Limits to West Forty-Sixth Street North; thence Northwesterly to the East Boundary of Osage County; thence South along the East boundary of Osage County to West Apache Street, the place of beginning.

36. That part of Tulsa County beginning at the intersection of East Apache Street and Yale Avenue; thence South along the center line of North Yale Avenue to East Xyler Street; thence West and South along the center line of Xyler and following the present Tulsa City Limits boundary to East Pine Street; thence East and North along the center line of East Pine Street and following the present City Limits boundary to North Yale Avenue; thence East along the center line of East Pine Street to North Canton Avenue; thence South along the center line of North Canton Avenue to East Newton Street; thence East along the center line of East Newton Street to a point coinciding with a center line of North Darlington Avenue if extended (following precinct boundaries) thence South along the center line coinciding with the center-line extension of North Darlington Avenue to the point of intersection of East Independence Street and North Darlington Avenue; thence South along the center line of North Darlington Avenue to East Archer Street; thence East along the center line of East Archer Street to North Hudson Avenue; thence South along the center line of North Hudson Avenue to East Admiral Place; thence West along the center line of East Admiral Place to South Yale Avenue; thence South

along the center line of South Yale Avenue to East Twenty-First Street; thence East along the center line of East Twenty-First Street to South Memorial Drive; thence North along the center line of South Memorial Drive to East Nineteenth Street; thence West along the center line of East Nineteenth Street to South Seventy-Seventh East Avenue; thence North along the center line of South Seventy-Seventh East Avenue to East Fifteenth Street; thence East along the center line of East Fifteenth Street to South Garnett Road; thence South along the center line of South Garnett Road to East Forty-First Street; thence East along the center line of East Forty-First Street to South One-Hundred-Twenty-Ninth East Avenue; thence South along the center line of South One-Hundred-Twenty-Ninth East Avenue to East Sixty-First Street; thence East along the center line of East Sixty-First Street to the West boundary line of Wagoner County; thence North along the Wagoner County line to the Rogers County line; thence West along the South boundary line of Rogers County to the West boundary line of Rogers County (One-Hundred-Forty-Fifth East Avenue); thence North along the West boundary line of Rogers County to East Pine Street; thence West along the center line of East Pine Street and following in a Westerly and Northerly direction the present Tulsa City Limits line to the intersection of East Apache and North Sheridan Avenue; thence West along the center line of East Apache Street to Yale Avenue, the place of beginning.

39. That part of Tulsa County beginning at the intersection of East Apache Street and North Yale Avenue; thence South along the center line of North Yale Avenue to East Xyler Street; thence West and

South along the center line of Xyler Street and following the present Tulsa City Limits boundary line to East Pine Street; thence East and North along the center line of Pine Street and following the said City Limits boundary line to North Yale Avenue; thence East along the center line of East Pine Street to North Canton Avenue; thence South along the center line of North Canton Avenue to East Newton Street; thence East along the center line of East Newton Street to a point coinciding with a center line of North Darlington Avenue if extended (following present precinct boundaries); thence South along the center line coinciding with the center-line extension of North Darlington Avenue to the point of intersection of East Independence Street and North Darlington Avenue; thence South along the center line of North Darlington Avenue to East Archer Street; thence East along the center line of East Archer Street to North Hudson Avenue; thence South along the center line of North Hudson Avenue to East Admiral Place; thence West along the center line of East Admiral Place to South Yale Avenue; thence South along the center line of South Yale Avenue to East Twenty-First Street; thence West along the center line of East Twenty-First Street to South Harvard Avenue; thence South along the center line of South Harvard Avenue to East Forty-First Street; thence West along the center line of East Forty-First Street to South Lewis Avenue; thence North along the center line of South Lewis Avenue to East Thirty-Eighth Street; thence East along the center line of East Thirty-Eighth Street to South Birmingham Avenue; thence North on South Birmingham Avenue to East Thirty-Sixth Street; thence East along the center line of East Thirty-Sixth Street to South Birmingham Avenue; thence North on South Birmingham Avenue to East Thirty-First Street; thence West on East Thirty-First Street to South Lewis Avenue; thence North on South Lewis Avenue to East Twenty-Fifth Street; thence East along the center line of East Twenty-Fifth Street to South Birmingham Place; thence North along the center line of South Birmingham Place to East Twenty-Third Street; thence East along the center line of East Twenty-Third Street to South Delaware Place; thence North along the center line of South Delaware Place to the Katy tracks; thence Northwesterly on the Katy tracks to East Twenty-First Street; thence West along the center line of East Twenty-First Street to South Yorktown Avenue; thence North along the center line of South Yorktown Avenue to East Seventeenth Place; thence East along the center line of East Seventeenth Place to South Lewis Avenue; thence North along the center line of South Lewis Avenue to East Newton Street; thence East along the center line of Newton Street to North Atlanta Avenue; thence North along the center line of North Atlanta Avenue to East Pine Street; thence West along East Pine Street to North Lewis Avenue; thence North along the center line of North Lewis Avenue to East Apache Street; thence East along the center line of East Apache Street to Yale Avenue, the place of beginning.

38. That part of Tulsa County beginning at the intersection of East Twenty-First Street and South Harvard Avenue; thence East along the center line of East Twenty-First Street to South Memorial Drive; thence North along the center line of South Memorial Drive to East

Nineteenth Street; thence West along the center line of East Nineteenth Street to South Seventy-Seventh East Avenue; thence North along South Seventy-Seventh East Avenue to East Fifteenth Street; thence East along the center line of East Fifteenth Street to South Garnett Road; thence South along the center line of South Garnett Road to East Forty-First Street; thence East along the center line of East Forty-First Street to South One-Hundred-Twenty-Ninth East Avenue; thence South along One-Hundred-Twenty-Ninth East Avenue to East Sixty-First Street; thence East along the center line of East Sixty-First Street to the West boundary line of Wagoner County; thence South along the West boundary line of Wagoner County to One-Hundred-Eighty-First East Avenue; thence West and South along the Tulsa-Wagoner County line to the North boundary of Okmulgee County Line; thence West along the North boundary line of Okmulgee County to South Harvard Avenue; thence North along the center line of South Harvard Avenue to the Arkansas River; thence Northwesterly following the Arkansas River to East One-Hundred-Eleventh Street; thence East along the center line of One-Hundred-Eleventh Street to South Yale Avenue; thence North along South Yale Avenue to East Sixty-First Street; thence West along the center line of East Sixty-First Street to South Harvard; thence North along the center line of South Harvard Avenue to East Twenty-First Street, the place of beginning.

37. That part of Tulsa County beginning at the intersection of the North boundary of the Okmulgee County line and South Harvard Avenue; thence North along the center line of South Harvard Avenue to the Arkansas River; thence Northwesterly following the Arkansas River to East One-Hundred-Eleventh Street; thence East along the center line of East One-Hundred-Eleventh Street to South Yale Avenue; thence North along the center line of South Yale Avenue to East Sixty-First Street; thence West along the center line of East Sixty-First Street to South Harvard Avenue; thence North along the center line of Harvard Avenue to East Forty-First Street; thence West along the center line of East Forty-First Street to South Utica Avenue; thence North along the center line of South Utica Avenue to East Thirty-Ninth Street; thence West along the center line of East Thirty-Ninth Street to South Rockford Avenue; thence North along the center line of South Rockford Avenue to East Thirty-Sixth Place; thence West along the center line of East Thirty-Sixth Place to South Quincy Avenue; thence North along the center line of South Quincy Avenue 100 feet; thence due East to South Rockford Avenue; thence North along the center line of South Rockford Avenue to East Thirty-Sixth Street; thence East along the center line of East Thirty-Sixth Street to South Utica Avenue; thence North on South Utica Avenue to East Thirty-Third Street; thence West along the center line of East Thirty-Third Street to the Arkansas River; thence Northerly and Westerly following the Arkansas River to the Tulsa-Osage-Pawnee County intersection; thence West along the South boundary of Pawnee County to the Creek County line; thence South along the Creek-Tulsa County line in a Southerly and Easterly direction to the Okmulgee County line; thence East along the North boundary of Okmulgee County to South Harvard Avenue, the place of beginning.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

40. That part of Oklahoma County beginning at the Northwest corner of Oklahoma County; thence East along the North boundary line of Oklahoma County to the township line between Township 14 North, Range 4 West and Township 14, North, Range 3 West (which township line is also known as May Avenue); thence South along the center line of said township line and May Avenue to Northwest One-Hundred-Eighth Street; thence West along the center line of Northwest One-Hundred-Eighth Street to the Lake Hefner property line; thence Southerly along the Lake Hefner property line to its intersection with Britton Road extended West (same being the North line of Section 36, Township 13 North, Range 4 West); thence West along the North section line of Section 36, Township 13 North, Range 4 West to the Northwest corner of said Section 36; thence South along the West line of said Section 36 and the West section line of Section 1, Township 12 North, Range 4 West; thence continuing South along the center line of Portland Avenue to Northwest Thirtieth Street; thence West along the center line of Northwest Thirtieth Street and its Westerly extension to the center line of Section 23, Township 12 North, Range 4 West (which would be a point on the center line of Tulsa Avenue as extended South from Northwest Thirty-Sixth Street); thence South on the center line running North and South through said Section 23 to Northwest Twenty-Third Street; thence East along the center line of Northwest Twenty-Third Street to Tulsa Avenue; thence Southerly along the center line of Tulsa Avenue to Northwest Twentieth Street; thence East along the center line of Northwest Twentieth Street and its extension due East to Portland Avenue; thence South along the center line of Portland Avenue to Northwest Tenth Street; thence West along the center line of Northwest Tenth Street to MacArthur Boulevard; thence South along the center line of MacArthur Boulevard to West Reno Avenue; thence West along the center line of West Reno Avenue to the West boundary line of Oklahoma County; thence North along the West boundary line of Oklahoma County to the Northwest corner of Oklahoma County, being the point or place of beginning.

41. That part of Oklahoma County beginning at the intersection of Northeast Thirteenth Street and the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence North along the center line of said railroad tracks to Wilshire Boulevard; thence West along the center line of Wilshire Bouelvard to Waverly Avenue; thence North along the center line of Waverly Avenue to the point at which the presently existing boundary line between Nichols Hills and Oklahoma City goes West; thence Westerly along said presently existing boundary line between Nichols Hills and Oklahoma City to Pennsylvania Avenue; thence continuing Westerly along the presently existing boundary line between Nichols Hills and The Village to its intersection with Greystone; thence South along the center line of Greystone to the point at which the presently existing boundary line between The Village and Oklahoma City goes West; thence continuing West along said presently existing boundary line to Guilford; thence Northerly along the center line of Guilford to the point at which the presently existing boundary line between The Village and Oklahoma City goes East; thence East along said presently existing boundary line to Wellington; thence North along the

center line of Wellington (the same being the presently existing boundary line between The Village and Oklahoma City) to Britton Road; thence West along the center line of Britton Road and its Westerly extension to the Lake Hefner property line; thence Northerly along the presently existing Lake Hefner property line to Northwest One-Hundred-Eighth Street; thence East along the center line of Northwest One-Hundred-Eighth Street to May Avenue; thence North along the center line of May Avenue and the township line between Township 14 North, Range 3 West and Township 14 North, Range 4 West to the Northern boundary line of Oklahoma County; thence East along the North boundary line of Oklahoma County to the Northeast corner of Oklahoma County; thence South along the East boundary line of Oklahoma County to Northeast Tenth Street; thence West along the center line of Northeast Tenth Street to Choctaw Road; thence North along the center line of Choctaw Road to Northeast Fiftieth Street; thence East along the center line of Northeast Fiftieth Street to the half-section line running North to South through Section 12, Township 12 North, Range 1 West; thence North along said half-section line to the half-section line which runs East to West through said Sections 11 and 12, Township 12 North, Range 1 West; thence West along said half-section line to the half-section line which runs North to South in Section 11, Township 12 North, Range 1 West; thence South along said half-section line to Northeast Fiftieth Street; thence West along the center line of Northeast Fiftieth Street to the point where the present western boundary line of Jones City Precinct 1 goes North; thence North along said boundary to Northeast

Sixty-Third Street; thence West along the center line of Northeast Sixty-Third Street to Hiwassee Road; thence North along the center line of Hiwassee Road to Northeast Seventy-Eighth Street; thence West along the center line of Northeast Seventy-Eighth Street (which is also known as Wilshire) to the point of intersection with Bryant Avenue; thence South along the center line of Bryant Avenue to Northeast Thirty-Sixth Street; thence West along the center line of Northeast Thirty-Sixth Street to Kelley Avenue; thence South along the center line of Kelley Avenue to Northeast Thirteenth Street; thence West along the center line of Northeast Thirteenth Street to the intersection of Northeast Thirteenth Street and the railroad tracks of the Atchison, Topeka & Santa Fe Railroad, being the point or place of beginning.

42. That part of Oklahoma County beginning at the intersection of the South boundary line of Oklahoma County and Sunnylane Road; thence North along the center line of Sunnylane Road to Southeast Forty-Fourth Street; thence East along the center line of Southeast Forty-Fourth Street to Sooner Road; thence North along the center line of Sooner Road to Northeast Tenth Street; thence West along the center line of Northeast Tenth Street to the railroad tracks of the St. Louis and San Francisco Railroad; thence Northeasterly along the center line of said railroad tracks to Sooner Road; thence North along the center line of Sooner Road to Northeast Twenty-Third Street; thence East along the center line of Northeast Twenty-Third Street to the railroad tracks of the St. Louis and San Francisco Railroad; thence Northeasterly along the center line of said railroad tracks to Northeast Thirty-Sixth

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

Street; thence East along the center line of Northeast Thirty-Sixth Street to the intersection with a line extending North from the presently existing West boundary line of the County Home & Hospital; thence due South on said line and continuing along the presently existing West boundary line of the County Home & Hospital to Northeast Twenty-Third Street; thence East along the center line of Northeast Twenty-Third Street to Westminster; thence North along the center line of Westminster to Northeast Thirty-Sixth Street; thence East along the center line of Northeast Thirty-Sixth Street to the point where the presently existing boundary of Choctaw City Precinct 1 goes North; thence North along said boundary to the point where the presently existing boundary of Choctaw City Precinct 1 goes East; thence East along said boundary to Henney Road; thence North along the center line of Henney Road to Northeast Fiftieth Street; thence East along the center line of Northeast Fiftieth Street to the half-section line which runs in a North-South direction through Section 11, Township 12 North, Range 1 West; thence North along said half-section line to the half-section line which runs West to East through Sections 11 and 12, Township 12 North, Range 1 West; thence East along said half-section line to the half-section line which runs North to South through Section 12, Township 12 North, Range 1 West; thence South along said half-section line to Northeast Fiftieth Street; thence West along the center line of Northeast Fiftieth Street to Choctaw Road; thence South along the center line of Choctaw Road to Northeast Tenth Street; thence East along the center line of Northeast Tenth Street to the East boundary line of Oklahoma County, thence South along the East boundary line of Oklahoma County to the South boundary line of Oklahoma County; thence West along the South boundary line of Oklahoma County to Sunnylane Road, being the point or place of beginning.

43. That part of Oklahoma County beginning at the intersection of the South boundary line of Oklahoma County and Sunnylane Road; thence North along the center line of Sunnylane Road to Southeast Forty-Fourth Street; thence East along the center line of Southeast Forty-Fourth Street to Sooner Road; thence North along the center line of Sooner Road to Northeast Tenth Street; thence West along the center line of Northeast Tenth Street to Sunnylane Road; thence South along the center line of Sunnylane Road (for a distance of approximately one-tenth of one mile) to the presently existing boundary line between Del City and Oklahoma City; thence meandering Southwesterly along the presently existing boundary line between Del City and Oklahoma City to Bryant; thence South along the center line of Bryant to Reno Avenue; thence West along the center line of Reno Avenue to the North Canadian River; thence Southwesterly meandering along the center line of the North Canadian River to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence South along the center line of the Atchison, Topeka & Santa Fe Railroad to Southeast Twenty-Ninth Street; thence West along the center line of Southeast Twenty-Ninth Street to Santa Fe; thence South along the center line of Santa Fe to Southwest Sixty-Fifth Street; thence West along the center line of Southwest Sixty-Fifth Street to Western Avenue; thence South along the center line of Western Avenue to

**342**

the South boundary line of Oklahoma County; thence East along the South boundary line of Oklahoma County to Sunnylane Road, being the point or place of beginning.

44. That part of Oklahoma County beginning at the Southwest corner of Oklahoma County; thence North along the West boundary line of Oklahoma County to West Reno Avenue; thence East along the center line of West Reno Avenue to Council Road; thence South along the center line of Council Road to the half-section line running East and West through Sections 5 and 4, Township 11 North, Range 4 West (the same being the Westerly extension of Southwest Eighth Street); thence East along said half-section line to the center of Section 4, Township 11 North, Range 4 West; thence South along the half-section line running North and South through Sections 4, 9, and 16, Township 11 North, Range 4 West, to the point of intersection with Southwest Fourty-Fourth Street; thence East along the center line of Southwest Fourty-Fourth Street to Independence Avenue; thence North along the center line of Independence Avenue to Southwest Twenty-Ninth Street; thence East along the center line of Southwest Twenty-Ninth Street to Santa Fe Avenue; thence South along the center line of Santa Fe Avenue to Southwest Sixty-Fifth Street; thence West along the center line of Southwest Sixty-Fifth Street to Western Avenue; thence South along the center line of Western Avenue to the South boundary line of Oklahoma County; thence West along the South boundary line of Oklahoma County to the Southwest Corner of Oklahoma County, being the point or place of beginning.

45. That part of Oklahoma County beginning at the intersection of Council Road and West Reno Avenue; thence East along the center line of West Reno Avenue to MacArthur Boulevard; thence North along the center line of MacArthur Boulevard to Northwest Tenth Street; thence East along the center line of Northwest Tenth Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence South along the center line of the railroad tracks of the Atchison, Topeka & Santa Fe Railroad to Southeast Twenty-Ninth Street; thence West along the center line of Southeast Twenty-Ninth Street to Santa Fe; thence West along the center line of Southwest Twenty-Ninth Street to Independence; thence South along the center line of Independence to Southwest Forty-Fourth Street; thence West along the center line of Southwest Forty-Fourth Street to its intersection with the half-section line running North and South through Sections 4, 9, and 16, Township 11 North, Range 4 West; thence North along said half-section line to the center of Section 4, Township 11 North, Range 4 West; thence West along the half-section line running East and West through Sections 4 and 5, Township 11 North, Range 4 West (the same being an extension of Southwest Eighth Street West of the center of said Section 4) to Council Road; thence North along the center line of Council Road to West Reno Avenue, being the point or place of beginning.

46. That part of Oklahoma County, beginning at the intersection of Northwest Tenth Street and Portland Avenue; thence North along the center line of Portland Avenue to its intersection with the center line of Northwest Twentieth Street; thence due West to Tulsa Avenue;

thence North along the center line of Tulsa Avenue to Northwest Twenty-Third Street; thence West along the center line of Northwest Twenty-Third Street to the center line running North and South through Section 23, Township 12 North, Range 4 West; thence North along said center line to the center of said Section 23 (which would be a point on the center line of Tulsa Avenue extended South from Northwest Thirty-Sixth Street); thence due East along the center line running East and West through said Section 23 and continuing East along the center line of Northwest Thirtieth Street to Western Avenue; thence North along the center line of Western Avenue to Northwest Thirty-Sixth Street; thence East along the center line of Northwest Thirty-Sixth Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence South along the center line of said railroad tracks to Northwest Tenth Street; thence West along the center line of Northwest Tenth Street to the intersection of Northwest Tenth Street and Portland being the point or place of beginning.

47. That part of Oklahoma County beginning at the intersection of Northwest Thirtieth Street and Portland Avenue; thence North along the center line of Portland Avenue and its extension North as the West line of Section 1, Township 12 North, Range 4 West and the West line of Section 36, Township 13 North, Range 4 West to the Northwest corner of said Section 36; thence East along the North line of said Section 36 (which is the Westerly extension of Britton Road) and continuing East along the center line of Britton Road to Wellington (the same being the presently existing boundary line between The Village and Oklahoma City); thence

South along the center line of Wellington to the point at which the presently existing boundary line between The Village and Oklahoma City goes West; thence West along the presently existing boundary line between The Village and Oklahoma City to Guilford; thence Southerly along the center line of Guilford to the point at which the presently existing boundary line between The Village and Oklahoma City goes East; thence East along said presently existing boundary line to Greystone; thence North along the center line of Greystone to the point at which the presently existing boundary line between The Village and Nichols Hills goes East; thence East along said presently existing boundary line between The Village and Nichols Hills to Pennsylvania Avenue; thence continuing Easterly along the boundary line between Nichols Hills and Oklahoma City to Waverly; thence South along Waverly to Wilshire Boulevard; thence East along Wilshire Boulevard to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence Southerly along said railroad tracks to Northwest Thirty-Sixth Street; thence West along Northwest Thirty-Sixth Street to Western Avenue; thence South along Western Avenue to Northwest Thirtieth Street; thence West along Northwest Thirtieth Street to Portland Avenue, being the point or place of beginning.

48. That part of Oklahoma County beginning at the intersection of Northeast Thirteenth Street and the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence East along Northeast Thirteenth Street to Kelley Avenue; thence North along Kelley Avenue to Northeast Thirty-Sixth Street; thence East along Northeast Thirty-Sixth Street to Bryant Avenue; thence North along Bryant Avenue to Wil-

DISTRICT NO. | AREA WITHIN DISTRICT (Counties)

shire Boulevard; thence East along Wilshire Boulevard (which is also known as Northeast Seventy-Eighth) to Hiwassee Road; thence South on Hiwassee Road to Northeast Sixty-Third Street; thence East to the present West boundary of Jones Precinct 1; thence South along said boundary to Northeast Fiftieth Street; thence East along Northeast Fiftieth Street to Henney Road; thence South along the present western boundary of Choctaw City Precinct 1 to Northeast Thirty-Sixth Street; thence West on Northeast Thirty-Sixth Street to Westminster; thence South on Westminster to Northeast Twenty-Third Street; thence West along the northern boundary of District No. 42 to Sooner Road; thence South along Sooner Road to the railroad tracks of the St. Louis & San Francisco Railroad; thence Southwesterly along said railroad tracks to Northeast Tenth Street; thence West along Northeast Tenth Street to Sunnylane Road; thence South along Sunnylane Road (for a distance of approximately one-tenth of one mile) to the presently existing boundary line between Del City and Oklahoma City; thence meandering Southwesterly along the presently existing boundary line between Del City and Oklahoma City to Bryant; thence South along Bryant to Reno Avenue; thence West along Reno Avenue to the North Canadian River; thence Southwesterly meandering along the North Canadian River to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence North along the railroad tracks of the Atchison, Topeka & Santa Fe Railroad to Northeast Thirteenth Street, being the point or place of beginning.

\* House districts numbers 1, 10, 11, 33, 34, 37, 38, 40, 41, 43, 44, 45, and 57 strictly coincide to those obtaining during the

## HOUSE OF REPRESENTATIVES

The House of Representatives shall be composed of ninety-nine (99) members who shall hold office for two years and be apportioned during the period set forth above among the Representative Districts of the State, as provided herein.

Each office is designated and distinguished numerically as provided herein and all filings of notification and declaration and election to any of such offices shall designate the number of the office to which the filings are intended to apply.

The Oklahoma House of Representatives is reapportioned as follows:

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
| --- | --- |
| 1. | McCurtain * |
| 2. | LeFlore, Sequoyah |
| 3. | LeFlore, Sequoyah |
| 4. | Cherokee, Adair, Delaware |
| 5. | Cherokee, Adair, Delaware |
| 6. | Ottawa, Craig |
| 7. | Ottawa, Craig |
| 8. | Rogers, Mayes, Nowata |
| 9. | Rogers, Mayes, Nowata |
| 10. | Washington * |
| 11. | Washington * |
| 12. | Wagoner, Muskogee |
| 13. | Wagoner, Muskogee |
| 14. | Wagoner, Muskogee |
| 15. | Okmulgee, McIntosh |
| 16. | Okmulgee, McIntosh |
| 17. | Pittsburg, Haskell, Latimer |
| 18. | Pittsburg, Haskell, Latimer |
| 19. | Pushmataha, Choctaw |
| 20. | Atoka, Bryan, Marshall, Love |
| 21. | Atoka, Bryan, Marshall, Love |
| 22. | Garvin, Murray, Johnston |
| 23. | Garvin, Murray, Johnston |
| 24. | Pontotoc, Hughes, Coal |
| 25. | Pontotoc, Hughes, Coal |
| 26. | Pottawatomie, Seminole |
| 27. | Pottawatomie, Seminole |
| 28. | Pottawatomie, Seminole |
| 29. | Creek, Okfuskee |
| 30. | Creek, Okfuskee |
| 31. | Lincoln, Logan, Noble |
| 32. | Lincoln, Logan, Noble |

May, 1964, primaries and therefore no further election is necessary to determine nominations from such districts.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|
| 33. | Payne * | | |
| 34. | Payne * | | |
| 35. | Osage, Pawnee | | |
| 36. | Osage, Pawnee | | |
| 37. | Kay* | | |
| 38. | Kay * | | |
| 39. | Alfalfa, Grant, Major | | |
| 40. | Garfield * | | |
| 41. | Garfield * | | |
| 42. | Kingfisher, Blaine | | |
| 43. | Canadian * | | |
| 44. | Cleveland * | | |
| 45. | Cleveland * | | |
| 46. | Grady, McClain | | |
| 47. | Grady, McClain | | |
| 48. | Carter, Jefferson | | |
| 49. | Carter, Jefferson | | |
| 50. | Cotton, Stephens | | |
| 51. | Cotton, Stephens | | |
| 52. | Jackson, Tillman | | |
| 53. | Jackson, Tillman | | |
| 54. | Greer, Kiowa | | |
| 55. | Washita, Caddo | | |
| 56. | Washita, Caddo | | |
| 57. | Custer * | | |
| 58. | Woods, Woodward | | |
| 59. | Harper, Ellis, Dewey, Roger Mills | | |
| 60. | Beckham, Harmon | | |
| 61. | Cimarron, Texas, Beaver | | |

62. All of that portion of Comanche County lying Southwest of a line which commences at the Cotton County line between Mangan and Crosby Townships and which proceeds North between said townships to the South border of Lawrence Township; thence East along the South border of said Lawrence Township to the Southwest corner of Lincoln Township; thence North along the border between Lincoln and Lawrence Townships to Southwest Bishop Road in Lawton, Oklahoma; thence West along said road to Sheridan Road; thence North along Sheridan Road to Northwest Cache Road; thence West to Northwest Fifty-Second Street; thence North along said section line to the South boundary of the Fort Sill Military Reservation; thence West along the South boundary of said reservation to the West boundary of Indiahoma Township; thence North along said West boundary of the reservation to the North boundary of Indiahoma Township; thence West to the Kiowa County line.

63. All of that portion of Comanche County lying southeast of a line which commences at the Cotton County line between Mangan and Crosby Townships and which proceeds North between said townships to the South border of Lawrence Township; thence East along the South border of said Lawrence Township to the Southwest corner of Lincoln Township; thence North along the border between Lincoln and Lawrence Townships to Southwest Bishop Road in Lawton, Oklahoma; thence West along said Bishop Road to Sheridan Road; thence North along Sheridan Road to Gore Boulevard; thence East along said Gore Boulevard to Fourth Street; thence South to the St. Louis and San Francisco Railroad tracks; thence East to South Railroad; thence South to the center line of State Highway No. 7; thence East along the North line of Lincoln and Hulen Townships to the Stephens County line.

64. All that portion of Comanche County lying northwest of a line which commences at the west Comanche County line at the north boundary of Indiahoma Township and proceeds east to the Fort Sill Military Reservation along the North line of Indiahoma Township; thence South along the West line

* House districts numbers 1, 10, 11, 33, 34, 37, 38, 40, 41, 43, 44, 45, and 57 strictly coincide to those obtaining during the May, 1964, primaries and therefore no further election is necessary to determine nominations from such districts.

of Fort Sill Military Reservation to the South line of said reservation; thence East along the South line of the Fort Sill Military Reservation to the section line at approximately Northwest Fifty-Second Street; thence South to Northwest Cache Road along said section line; thence East along said Northwest Cache Road to Fort Sill Boulevard; thence North to and through the Fort Sill Military Reservation and to the Caddo County line along the East line of Lake Township.

65. That portion of Comanche County and the City of Lawton, Oklahoma, not included in the three preceding districts.

66. That part of Tulsa County beginning at the intersection of Arkansas River and the South boundary line of Osage County; thence along the center of the Arkansas River to South Twenty-Fifth West Avenue; thence North along Twenty-Fifth West Avenue to the Katy Railroad tracks; thence West along the Katy tracks to North Thirty-Third West Avenue; thence North along North Thirty-Third West Avenue to the South boundary of the Osage County line; thence West along the South boundary of the Osage County line to the Arkansas River, the place of beginning.

67. That part of Tulsa County beginning at the South boundary of Osage County line and Thirty-Third West Avenue; thence South along the center line of Thirty-third West Avenue to the M.K.&T. tracks; thence Easterly along the M.K.&T. tracks to Twenty-Fifth West Avenue; thence South along the center of Twenty-Fifth West Avenue to the Arkansas River; thence Southeasterly along the Arkansas River to Thirty-Third Street; thence East along the center line of Thirty-

Third Street to Peoria Avenue; thence North along the center of Peoria Avenue to East Thirteenth Street; thence East along East Thirteenth Street to South Quincy Avenue; thence North along South Quincy Avenue to East Eleventh Street; thence West along East Eleventh Street to South Main Street; thence North along South Main Street to Fourth Street; thence West along Fourth Street to South Denver Avenue; thence North along Denver Avenue to the Frisco tracks; thence Northeasterly along the Frisco tracks to North Main Street; thence North along Main Street to Fairview Street; thence West along Fairview Street to the East boundary of Osage County; thence South along the East boundary of Osage County to the South boundary line of Osage County; thence West along the South boundary line of Osage County to Thirty-Third West Avenue, the place of beginning.

68. That part of Tulsa County beginning at the intersection of the Arkansas River and the Southern boundary line of Osage County; thence along the center of the Arkansas River to South Twenty-Fifth West Avenue; thence West on the center line of South Twenty-Fifth West Avenue and continuing along the present eastern Tulsa City limits lying West of the Arkansas River to the Creek County line; thence West along the North Boundary line of the Creek County line to the East Boundary line of Creek County (which is the Westernmost boundary line of Tulsa County); thence North along said East boundary line of Creek county to the South boundary line of Pawnee County; thence East along the South boundary line of Pawnee County to the Arkansas River, the place of beginning.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

69. That part of Tulsa County beginning at the intersection of Forty-First Street and the Arkansas River; thence East along the center line of Forty-First Street to Harvard Avenue; thence South along the center line of Harvard Avenue to Sixty-First Street; thence East on Sixty-First Street to Yale Avenue; thence South on Yale Avenue to One-Hundred-Eleventh Street; thence West on One-Hundred-Eleventh Street to the Arkansas River; thence Southeast following the Arkansas River to Harvard Avenue; thence South on Harvard Avenue to the Okmulgee County line; thence West along the North boundary of Okmulgee County to the East boundary of Creek County; thence North along the East boundary of Creek County to the intersection of the Creek County boundary and the South boundary of Tulsa County; thence West along the South boundary of Tulsa County to the intersection of South Thirty-Seventh West Avenue; thence North along the center line of South Thirty-Seventh West Avenue following the eastern boundary of the present Tulsa City limits West of the Arkansas River to the intersection of South Twenty-Fifth West Avenue and the Arkansas River; thence South along the center of the Arkansas River to the intersection of Forty-First Street, the place of beginning.

70. That part of Tulsa County beginning at the intersection of Frisco Railroad tracks and Delaware Avenue; thence South along the center line of Delaware Avenue to Independence Street; thence East along the center line of Independence Street to College Avenue; thence South along the center line of College Avenue to Admiral Place; thence East along the center line of Admiral Place to Harvard Avenue; thence South along the center line of Harvard Avenue to Forty-First Street; thence West along the center line of Forty-First Street to Lewis Avenue; thence North on South Lewis Avenue to East Thirty-Eighth Street; thence East on East Thirty-Eighth Street to South Birmingham Avenue; thence North on South Birmingham Avenue to East Thirty-Sixth Street; thence East on East Thirty-Sixth Street to South Birmingham Avenue; thence North on South Birmingham Avenue to East Thirty-First Street; thence West on East Thirty-First Street to South Lewis Avenue; thence North on South Lewis Avenue to East Twenty-Fifth Street; thence East on Twenty-Fifth Street to South Birmingham Place; thence North on South Birmingham Place to East Twenty-Third Street; thence East on East Twenty-Third Street to South Delaware Place; thence North on South Delaware Place to the Katy tracks; thence Northwesterly on the Katy tracks to East Twenty-First Street; thence West along East Twenty-First Street to South Yorktown Avenue; thence North along South Yorktown Avenue to East Seventeenth Place; thence East along East Seventeenth Place to South Lewis Avenue; thence North along South Lewis Avenue to the Frisco tracks; thence Northeasterly along the Frisco tracks to North Delaware Avenue, the place of beginning.

71. That part of Tulsa County beginning at the intersection of Lewis Avenue and Third Street; thence South on South Lewis Avenue to East Seventeenth Place; thence West on East Seventeenth Place to South Yorktown Avenue; thence South on South Yorktown Avenue to East Twenty-First Street; thence East on East Twenty-First Street to the Katy railroad tracks; thence Southeasterly along the Katy railroad tracks to South Delaware Place; thence South along

South Delaware Place to East Twenty-Third Street; thence West along East Twenty-Third Street to South Birmingham Place; thence South along South Birmingham Place to East Twenty-Fifth Street; thence West along East Twenty-Fifth Street to South Lewis Avenue; thence South along South Lewis Avenue to East Thirty-First Street; thence East on East Thirty-First Street to South Birmingham; thence South on South Birmingham Street to East Thirty-Sixth Street; thence West on East Thirty-Sixth Street to South Birmingham Street; thence South on South Birmingham Street to East Thirty-Eighth Street; thence West on East Thirty-Eighth Street to South Lewis Avenue; thence South on South Lewis Avenue to East Forty-First Street; thence West on East Forty-First Street to the Arkansas River; thence Northerly along the center line of the Arkansas River to West Thirty-Third Street; thence East along West Thirty-Third Street to South Peoria Avenue; thence North on South Peoria Avenue to East Thirteenth Street; thence East on Thirteenth Street to South Quincy; thence North on South Quincy to East Eleventh Street; thence East on East Eleventh Street to South St. Louis Avenue; thence North on South St. Louis Avenue to East Sixth Street; thence West on East Sixth Street to South Quincy Avenue; thence North on South Quincy Avenue to East Fifth Place; thence West on East Fifth Place to South Quincy Avenue; thence North on South Quincy Avenue to East Fourth Street; thence West on East Fourth Street to South Peoria; thence North on South Peoria to East Second Street; thence East on East Second Street to South Wheeling Avenue; thence South on South Wheeling Avenue to East Third

Street; thence East on East Third Street to South Lewis Avenue, the place of beginning.

72. That part of Tulsa County beginning at the intersection of East Apache and Harvard Avenue; thence South along the center line of Harvard Avenue to the Frisco railroad tracks; thence Southwest along the center line of the Frisco railroad tracks to Lewis Avenue; thence South along the center line of Lewis Avenue to Third Street; thence West along the center line of East Third Street to Wheeling Avenue; thence North on Wheeling Avenue to East Second Street; thence West along East Second Street to Peoria Avenue; thence South on South Peoria Avenue to East Fourth Street; thence East on East Fourth Street to South Quincy Avenue; thence South on South Quincy Avenue to East Fifth Place; thence East on East Fifth Place to South Quincy Avenue; thence South on South Quincy Avenue to East Sixth Street; thence East on East Sixth Street to South St. Louis Avenue; thence South on South St. Louis Avenue to East Eleventh Street; thence West on East Eleventh Street to South Main Street; thence North on Main Street to Fourth Street; thence West on Fourth Street to South Denver Avenue; thence North on South Denver Avenue to the Frisco railroad tracks; thence Northeasterly along the Frisco railroad tracks to North Main; thence North on Main Street to Fairview Street; thence West on Fairview Street to the East boundary of the Osage County; thence North following the Osage County Line to West Haskell Street; thence East on West Haskell Street to North Boston; thence North on North Boston to East Independence Street; thence East on East Independence Street to end of Independ-

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

ence Street; thence North to East Jasper Street; thence West on East Jasper Street to North Elgin; thence North on Elgin to East King Street; thence East on East King Street to the Santa Fe tracks; thence Northeasterly along the Santa Fe tracks to East Pine Street; thence East along East Pine Street to North Trenton; thence North along North Trenton to the Santa Fe tracks; thence Northeasterly along the Santa Fe tracks to East Virgin Street; thence East along East Virgin Street to North Lewis Avenue; thence North along North Lewis Avenue to East Apache Street; thence East along East Apache Street to North Harvard Avenue, the place of beginning.

73. That part of Tulsa County beginning at the intersection of the East boundary of Osage County and West Haskell Street; thence East along the center line of West Haskell Street to North Boston; thence North along the center line of North Boston to East Independence Street; thence East along the center line of East Independence Street to the end of Independence Street; thence North to East Jasper Street; thence West along the center line of Jasper Street to North Elgin; thence North along the center line of North Elgin Avenue to East King Street; thence East along the center line of East King Street to the Santa Fe tracks; thence Northeasterly along the Santa Fe tracks to North Peoria Avenue; thence North along the center line of Peoria Avenue to East Reading Street; thence West along the center line of Reading Street to North Madison Avenue; thence North along the center line of Madison Avenue to East Virgin Street; thence East along the center line of East Virgin Street to North Quincy Avenue; thence North along the

center line of North Quincy Avenue to Mohawk Boulevard; thence Southwesterly along Mohawk Boulevard to North Madison Avenue; thence North along the center line of Madison Avenue and following the present Tulsa City limits to East Thirty-Sixth Street North; thence West along the center line of East Thirty-Sixth Street North to the Tulsa City Limits line; thence South and West following the present City Limits to the East boundary of Osage County; thence South along the East boundary of Osage County to West Haskell Street, the place of beginning.

74. That part of Tulsa County beginning at the intersection of the South boundary of Washington County and Yale Avenue; thence South along the center line of Yale Avenue to East Sixty-Sixth Street North; thence West along the center line of East Sixty-Sixth Street North to Peoria Avenue; thence South along the center line of Peoria Avenue to the City Limits of Tulsa; thence East along the center line of East Fifty-Fourth Street North to Rockford Avenue; thence South along the center line of North Rockford Avenue to Fifty-Second Street North; thence West along Fifty-Second Street North to North Peoria Avenue; thence South along the center line of Peoria Avenue to Forty-Seventh Street North; thence West and South following the present City Limits line to East Thirty-Sixth Street North; thence West along East Thirty-Sixth Street North to the present Tulsa City Limits; thence North and West following the present Tulsa City Limits to the East boundary of Osage County; thence North along the East boundary of Osage County to the South boundary of Washington County; thence East along the South bound-

ary of Washington County to Yale Avenue, the place of beginning.

75. That part of Tulsa County beginning at the intersection of the South boundary of Washington County and Yale Avenue; thence South along the center line of Yale Avenue to East Sixty-Sixth Street North; thence West along the center line of Sixty-Sixth Street North to Peoria Avenue; thence South along the center line of Peoria Avenue to the present City Limits of Tulsa; thence East along East Fifty-Fourth Street North to Rockford Avenue; thence South along Rockford Avenue to Fifty-Second Street North; thence West along the center line of Fifty-Second Street North to Peoria Avenue; thence South along the center line of Peoria Avenue to Forty-Seventh Street North; thence West and South following the present City Limits line to Mohawk Boulevard; thence Northeasterly along Mohawk Boulevard to North Quincy Avenue; thence South along the center line of Quincy Avenue to East Virgin Street; thence West along the center line of East Virgin Street to North Madison Avenue; thence South along the center line of North Madison Avenue to East Reading Street; thence East along the center line of Reading Street to Peoria Avenue; thence South along the center line of Peoria Avenue to the Santa Fe tracks; thence Northeast along the Santa Fe tracks to East Pine Street; thence East along the center line of Pine Street to North Trenton Avenue; thence North along the center line of North Trenton Avenue to the Santa Fe tracks; thence Northeasterly along the Santa Fe tracks to East Virgin Street; thence East along the center line of East Virgin Street to North Lewis Avenue; thence North along the center line of North Lewis Avenue to East Apache Street;

thence East along the center line of East Apache Street following the city limits boundary line to the intersection of East Pine Street and North Eighty-Fifth East Avenue; thence East along the center line of East Pine Street to the Tulsa-Rogers County line; thence North along the Tulsa-Rogers County line to the South boundary line of Washington County; thence West along the South boundary line of Washington County to Yale Avenue, the place of beginning, and,

That part of Tulsa County beginning at the intersection of the East boundary of the Osage County line and West Apache Street; thence East on West Apache Street to North Denver Avenue; thence North along the center line of North Denver Avenue and in an Easterly direction following the Tulsa City Limits to West Forty-Sixth Street North; thence West to the East boundary of Osage County; thence South along the East boundary of Osage County to West Apache Street, the place of beginning.

76. That part of Tulsa County beginning at the intersection of East Apache Street and Yale Avenue; thence South along the center line of North Yale Avenue to East Xyler; thence West and South along the center line of Xyler and following the present City Limits to East Pine Street; thence East and North along the center line of East Pine Street following the present City Limits boundary to North Yale Avenue; thence East along the center line of East Pine Street to North Canton Avenue; thence South along the center line of North Canton Avenue to East Newton Avenue; thence East along the center line of East Newton Avenue to a point coinciding with a center line of North Darlington Avenue if extended (following precinct boundaries); thence

South along the center line coinciding with the center line extension of North Darlington Avenue to the point of intersection of East Independence Street and North Darlington Avenue; thence South along the center line of North Darlington Avenue to East Archer Street; thence East along the center line of East Archer Street to North Hudson Avenue; thence South along the center line of North Hudson Avenue to East Admiral Place; thence West along the center line of East Admiral Place to South Yale Avenue; thence South along the center line of South Yale Avenue to East Twenty-First Street; thence West along the center line of Twenty-First Street to South Harvard Avenue; thence North along the center line of Harvard Avenue to East Admiral Place; thence West along the center line of East Admiral Place to College Avenue; thence North along the center line of College Avenue to East Independence Street; thence West along the center line of East Independence Street to North Delaware Avenue; thence North along the center line of North Delaware Avenue to the Frisco tracks; thence Northeasterly along the Frisco tracks to North Harvard Avenue; thence North along the center line of North Harvard Avenue to East Apache Street; thence East along the center line of East Apache Street to North Yale Avenue, the place of beginning.

77. That part of Tulsa County beginning at the intersection of East Apache Street and Yale Avenue; thence South along the center line of North Yale Avenue to East Xyler Street; thence West and South along the center line of Xyler Street and following the present City Limits of Tulsa to East Pine Street; thence East and North along the center line of East Pine Street and following the present Tulsa City Limits to North Yale Avenue; thence East along the center line of East Pine Street to North Canton Avenue; thence South along the center line of Canton Avenue to East Newton Street; thence East along the center line of Newton Street to a point coinciding with a center line of North Darlington Avenue if extended (following Precinct boundaries); thence South along the center line coinciding with the center line extension of North Darlington Avenue to the point of intersection of East Independence Street and North Darlington Avenue; thence South along the center line of Darlington Avenue to East Archer Street; thence East along the center line of Archer Street to North Hudson Avenue; thence South along the center line of North Hudson Avenue to East Admiral Place; thence East along the center line of East Admiral Place to the Skelly By-Pass; thence North and East along the center line of the Skelly By-Pass to the Rogers County line; thence North on the West boundary of Rogers County to East Pine; thence West along the center line of Pine Street to Eighty-Fifth Street East Avenue; thence South along the center line of North Eighty-Fifth Street East to East Newton Street; thence West on center line of East Newton to North Memorial Drive; thence North along center line of Memorial Drive to East Pine Street; thence West along center line of East Pine Street to Sixty-Sixth East Avenue; thence North along center line of North Sixty-Sixth East Avenue and in an Easterly direction following the City Limits to North Memorial Drive; thence North on North Memorial Drive to East Apache Street; thence Westerly following the City Limits line to North Yale Avenue, the place of beginning.

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |

78. That part of Tulsa County beginning at the intersection of the West boundary of Rogers County and the South boundary of Rogers County; thence East along the South boundary of Rogers County to the West boundary of Wagoner County; thence South along the West boundary of Wagoner County to Sixty-First Street; thence West along the center line of Sixty-First Street to One-Hundred-Twenty-Ninth East Avenue; thence North on East One-Hundred-Twenty-Ninth East Avenue to East Forty-First Street; thence West on East Forty-First Street to Garnett Road; thence North on Garnett Road to East Fifteenth Street; thence West on East Fifteenth Street to South Seventy-Seventh East Avenue; thence South on South Seventy-Seventh East Avenue to East Nineteenth Street; thence East on East Nineteenth Street to South Memorial Drive; thence South on South Memorial Drive to East Twenty-First Street; thence West on East Twenty-First Street to South Yale Avenue; thence North on South Yale Avenue to East Admiral Place; thence East on East Admiral Place to Skelly By-Pass; thence North and East on Skelly By-Pass to the West boundary of Rogers County, the place of beginning.

79. That part of Tulsa County beginning at the intersection of Memorial Drive and Twenty-First Street; thence South along the center line of Memorial Drive to Twenty-Sixth Street; thence West along the center line of Twenty-Sixth Street to Seventy-Seventh East Avenue; thence South along the center line of Seventy-Seventh East Avenue to Twenty-Eighth Street; thence East along the center line of Twenty-Eighth Street to Memorial Drive; thence South along the center line of Memorial Drive to Thirty-First Street; thence West along the

center line of Thirty-First Street to Seventy-Second East Avenue; thence South along the center line of Seventy-Second East Avenue to Thirty-Second Place; thence West along the center line of Thirty-Second Place to Sheridan Avenue; thence North along the center line of Sheridan Avenue to Thirty-First Street; thence West along the center line of Thirty-First Street to Yale Avenue; thence South along the center line of Yale Avenue to Forty-First Street; thence West along the center line of Forty-First Street to Toledo Avenue; thence South along Toledo Avenue to East Forty-Third Street; thence West along Forty-Third Street to South Pittsburg Avenue; thence North along South Pittsburg Avenue to Forty-First Street; thence West along Forty-First Street to Harvard Avenue; thence North along the center line of Harvard Avenue to Twenty-First Street; thence East along the center line of Twenty-First Street to Memorial Drive, the place of beginning.

80. That part of Tulsa County beginning at the intersection of Sixty-First Street and the West boundary of Wagoner County; thence South along the West boundary of Wagoner County to the intersection of the North boundary of Okmulgee County; thence West along the North boundary of Okmulgee County to the intersection of Harvard Avenue; thence North along South Harvard Avenue to the Arkansas River; thence Northwesterly following the Arkansas River to East One-Hundred-Eleventh Street; thence East along East One-Hundred-Eleventh Street to South Yale Avenue; thence North along South Yale Avenue to East Sixty-First Street; thence West along East Sixty-First Street to South Harvard Avenue; thence North along South Harvard Avenue

to East Forty-First Street; thence East along East Forty-First Street to South Pittsburg Avenue; thence South along South Pittsburg Avenue to East Forty-Third Street; thence East along East Forty-Third Street to the center line of South Toledo Avenue; thence North along the center line of South Toledo Avenue to East Forty-First Street; thence East on East Forty-First Street to South Yale Avenue; thence North on South Yale Avenue to East Thirty-First Street; thence East on East Thirty-First Street to South Sheridan Road; thence South on South Sheridan Road to East Thirty-Second Place; thence East on East Thirty-Second Place to South Seventy-Second Avenue; thence North on South Seventy-Second East Avenue to East Thirty-First Street; thence East on East Thirty-First Street to South Memorial Drive; thence North on South Memorial Drive to East Twenty-Seventh Place; thence East on East Twenty-Seventh Place to South Seventy-Seventh East Avenue; thence North on South Seventy-Seventh East Avenue to East Twenty-Sixth Street; thence East on East Twenty-Sixth Street to South Memorial Drive; thence North on South Memorial Drive to East Nineteenth Street; thence West on East Nineteenth Street to South Seventy-Seventh East Avenue; thence North on Seventy-Seventh East Avenue to East Fifteenth Street; thence East on East Fifteenth Street to South Garnett Road; thence South on South Garnett Road to East Forty-First Street; thence East on East Forty-First Street to South One-Hundred-Twenty-Ninth East Avenue; thence South on One-Hundred-Twenty-Ninth East Avenue to East Sixty-First Street; thence East on Sixty-First Street to the Wagoner County line, the place of beginning.

81. That part of Oklahoma County beginning at the Northwest corner of Oklahoma County; thence East along the North boundary line of Oklahoma County to the Indian Meridian; thence South along the Indian Meridian to the section line between Sections 13 and 24, Township 14 North, Range 1 West; (which is also known as Northeast Two-Hundred-Sixth); thence West along the center of said section line to the section line between Sections 22 and 23, Township 14 North, Range 1 West (which section line is also known as Henney Road); thence South along the said section line to the half-section line running East to West through Section 26, Township 14 North, Range 1 West; thence East along the said half-section line to the section line between Sections 25 and 26, Township 14 North, Range 1 West (which section line is also known as Choctaw Road); thence South along the said section line to the section line between Section 36, Township 14 North, Range 1 West and Section 1, Township 13 North, Range 1 West (which is also known as Northeast One-Hundred-Sixty-Fourth Street); thence East along the said section line to the half-section line running North to South through Section 1, Township 13 North, Range 1 West; thence South along the said half-section line to the half-section line running East to West through said Section 1, Township 13 North, Range 1 West; thence West along the center line of said half-section line to the section line between Sections 1 and 2 (which section line is also known as Choctaw Road); thence South along the said section line to the section line between Sections 1 and 12, Township 13 North, Range 1 West (which is also known as Northeast One-Hundred-Fiftieth); thence East along the center line of said section line to the half

DISTRICT
NO.

AREA WITHIN DISTRICT
(Counties)

DISTRICT
NO.

AREA WITHIN DISTRICT
(Counties)

section line running North to South through said Section 12, Township 13 North, Range 1 West; thence South along the said half section line to the section line between Sections 12 and 13, Township 13 North, Range 1 West (which is also known as Northeast One-Hundred-Thirty-Sixth Street); thence East along the said section line to the railroad track of the St. Louis & San Francisco Railroad; thence South and Southwesterly along the center line of said railroad track to the Indian Meridian; thence South along the Indian Meridian to the section line between Section 36, Township 13 North, Range 1 West and Section 1, Township 12 North, Range 1 West (which is also known as Wilshire Boulevard); thence West along the said section line to Choctaw Road; thence South along the center line of Choctaw Road to the section line between Sections 2 and 11, Township 12 North, Range 1 West (which is also known as Northeast Sixty-Third Street); thence West along the said section line to the section line between Sections 10 and 11, Township 12 North, Range 1 West (which is also known as Henney Road); thence South along the said section line to the section line between Sections 10 and 15, Township 12 North, Range 1 West (which is also known as Northeast Fiftieth); thence West along the center line of Northeast Fiftieth to the half section line running South to North through Section 10, Township 12 North, Range 1 West; thence North along the said half section line to Northeast Sixty-Third Street; thence West along the center line of Northeast Sixty-Third Street to the section line between Section 7, Township 12 North, Range 1 West and Section 12, Township 12 North, Range 2 West (which section line is also known as Post Road); thence

South along said section line (approximately one-fourth mile) to the alley North of Rock Island; thence East along the center line of said alley to the section line between Sections 11 and 12, Township 12 North, Range 2 West; thence South along said section line to the half-section line running East to West through Section 11, Township 12 North, Range 2 West; thence West along said half-section line to the North Canadian River; thence Southwesterly and then Northwesterly along the center of the North Canadian River to the half-section line which runs South to North through Sections 3 and 10, Township 12 North, Range 2 West; thence North to Wilshire Boulevard; thence West along the center line of Wilshire Boulevard to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence Northwesterly along the center line of said railroad tracks to Northwest Ninety-Second Street; thence West along the center line of Northwest Ninety-Second Street to Waverly; thence North along the center line of Waverly to Northwest One-Hundred-Eighth Street; thence West along the center line of Northwest One-Hundred-Eighth Street to North May Avenue; thence North along the center line of May Avenue to the half section line which runs East to West through Section 24, Township 14 North, Range 4 West; thence West along the said half section line to the half section line running North to South through Section 24, Township 14 North, Range 4 West; thence South along said half section line to Northwest One-Hundred-Ninety-Second Street; thence West along the center line of said Northwest One-Hundred-Ninety-Second Street to the half section line which runs North to South through Sections 26 and 35, Town-

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

ship 14 North, Range 4 West; thence South along the said half section line to Northwest One-Hundred-Sixty-Fourth Street; thence West along Northwest One-Hundred-Sixty-Fourth Street to the West boundary line of Oklahoma County; thence North along the West boundary line of Oklahoma County to the Northwest corner of Oklahoma County, being the point or place of beginning.

82. That part of Oklahoma County beginning at the intersection of May Avenue and Northwest One-Hundred-Eighth Street; thence North along the center line of May Avenue to the half section line which runs East to West through Section 24, Township 14 North, Range 4 West; thence West along the said half section line to the half section line running North to South through Section 24, Township 14 North, Range 4 West; thence South along said half section line to Northwest One-Hundred-Ninety-Second Street; thence West along the center line of said Northwest One-Hundred-Ninety-Second Street to the half section line which runs North to South through Sections 26 and 35, Township 14 North, Range 4 West; thence South along the said half section line to Northwest One-Hundred-Sixty-Fourth Street; thence West along Northwest One-Hundred-Sixty-Fourth Street to the West boundary line of Oklahoma County; thence South to U.S. Highway 66; thence East along the center line of U.S. Highway 66 to Eagle Lane; thence South along the center line of Eagle Lane to Northwest Thirty-Second Street; thence East along the center line of Northwest Thirty-Second Street to Council Road; thence North along the center line of Council Road to Northwest Thirty-Sixth Street; thence East on Northwest Thirty-Sixth Street to

Peniel; thence South along the center line of Peniel to Northwest Thirty-Fourth Street; thence East along the center line of Northwest Thirty-Fourth Street to Hammond; thence south along the center line of Hammond to Northwest Thirty-Third Street; thence East along the center line of Northwest Thirty-Third Street to MacArthur; thence North along the center line of MacArthur to Northwest Thirty-Sixth Street; thence East along the center line of Northwest Thirty-Sixth Street to Ann Arbor; thence North along the center line of Ann Arbor to Northwest Forty-Second Street; thence East along the center line of Northwest Forty-Second Street to Meridian; thence North along the center line of Meridian to Northwest Forty-Fifth Street; thence East along the center line of Northwest Forty-Fifth Street to Tulsa; thence North along the center line of Tulsa to Northwest Fifty-Fifth Street; thence East along the center line of Northwest Fifty-Fifth Street to Portland; thence North along the center line of Portland to Northwest Sixty-Third Street; thence East along the center line of Northwest Sixty-Third Street to May; thence North along the center line of May to Wilshire Boulevard; thence West along the center line of Wilshire Boulevard to the half section line running South and North along the East side of Lake Hefner; thence North on said half section line to Britton Road; thence West on Britton Road to Guilford; thence North along the West boundary line of The Village to Northwest One-Hundred-Eighth Street; thence East to May Avenue, the point of beginning.

83. That part of Oklahoma County beginning at the intersection of Northwest Sixty-Third Street and May; thence North along the center line of May to Wilshire Boulevard;

thence West along the center line of Wilshire Boulevard to the half section line running South and North along the East side of Lake Hefner; thence North on said half section line to Britton Road; thence West on Britton Road to Guilford; thence North along the West boundary line of The Village to Northwest One-Hundred-Eighth Street; thence East to Waverly; thence South along Waverly to Northwest Ninety-Second Street; thence East along the center line of Northwest Ninety-Second Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence Southerly along the center line of said railroad tracks to Wilshire; thence West along the center line of Wilshire to Western; thence South along the center line of Western to Northwest Sixty-Third Street; thence West along the center line of Northwest Sixty-Third Street to May, being the point or place of beginning.

84. That part of Oklahoma County beginning at the intersection of the West boundary line of Oklahoma County to U. S. Highway 66; thence East along the center line of U. S. Highway 66 to Eagle Lane; thence South along the center line of Eagle Lane to Northwest Thirty-Second Street; thence East along the center line of Northwest Thirty-Second Street to Council Road; thence North along the center line of Council Road to Northwest Thirty-Sixth Street; thence East on Northwest Thirty-Sixth Street to Peniel; thence South along the center line of Peniel to Northwest Thirty-Fourth Street; thence East along the center line of Northwest Thirty-Fourth Street to Hammond; thence South along the center line of Hammond to Northwest Thirty-Third Street; thence East along the center line of Northwest Thirty-Third Street to MacArthur; thence North along the center line of MacArthur to Northwest Thirty-Sixth Street; thence East along the center line of Northwest Thirty-Sixth Street to Ann Arbor; thence North along the center line of Ann Arbor to Northwest Forty-Second Street; thence East along the center line of Northwest Forty-Second Street to Meridian; thence North along the center line of Meridian to Northwest Forty-Fifth Street; thence East along the center line of Northwest Forty-Fifth Street to Tulsa; thence South along the center line of Tulsa as extended to Northwest Twentieth Street; thence East along the center line of Northwest Twentieth Street to Portland; thence South along the center line of Portland to Northwest Thirteenth Street; thence East along the center line of Northwest Thirteenth Street to May; thence South along the center line of May to Reno; thence West along the center line of Reno to the West boundary line of Oklahoma County; thence North on the West boundary line of Oklahoma County to U. S. Highway 66, the point of beginning.

85. That part of Oklahoma County beginning at the intersection of Northwest Sixty-Third Street and Western Avenue; thence South along the center line of Western to Grand Boulevard; thence Easterly along the center line of Grand Boulevard to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence Southerly along said railroad tracks to Northwest Thirty-Sixth Street; thence West along Northwest Thirty-Sixth Street to Walker; thence North along the center line of Walker to Northwest Fortieth Street; thence West along the center line of Northwest Fortieth Street to Western; thence South along the center line of Western to Northwest Thirty-Eighth Street; thence West along the center line of

| DISTRICT NO. | AREA WITHIN DISTRICT (Counties) | DISTRICT NO. | AREA WITHIN DISTRICT (Counties) |
|---|---|---|---|

Northwest Thirty-Eighth Street to Classen Boulevard; thence North along the center line of Classen Boulevard to Northwest Forty-Second Street; thence West along the center line of Northwest Forty-Second Street to Pennsylvania; thence South along the center line of Pennsylvania to Northwest Thirty-Eighth Street; thence West along the center line of Northwest Thirty-Eighth Street to Altadena; thence North along the center line of Altadena to Northwest Thirty-Ninth Street; thence West along the center line of Northwest Thirty-Ninth Street to Tulsa; thence North along the center line of Tulsa to Northwest Fifty-Fifth Street; thence East along the center line of Northwest Fifty-Fifth Street to Portland; thence North along the center line of Portland to Northwest Sixty-Third Street; thence East along Northwest Sixty-Third Street to Western, the place of beginning.

86. That part of Oklahoma County beginning at the intersection of Northwest Thirty-Sixth Street and the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence West along Northwest Thirty-Sixth Street to Walker; thence North along the center line of Walker to Northwest Fortieth Street; thence West along the center line of Northwest Fortieth Street to Western; thence South along the center line of Western to Northwest Thirty-Eighth Street; thence West along the center line of Northwest Thirty-Eighth Street to Classen Boulevard; thence North along the center line of Classen Boulevard to Northwest Forty-Second Street; thence West along the center line of Northwest Forty-Second Street to Pennsylvania; thence South along the center line of Pennsylvania to Northwest Sixteenth Street; thence East along the center line of Northwest Sixteenth

Street to Blackwelder; thence South along the center line of Blackwelder to Northwest Fourteenth Street; thence East along the center line of Northwest Fourteenth Street to McKinley; thence North along the center line of McKinley to Northwest Fifteenth Street; thence East along the center line of Northwest Fifteenth Street to Klein; thence North along the center line of Klein to Northwest Sixteenth Street; thence East along the center line of Northwest Sixteenth Street to Western Avenue; thence North along the center line of Western Avenue to Northwest Seventeenth Street; thence East along the center line of Northwest Seventeenth Street to Lee; thence South along the center line of Lee to Northwest Thirteenth Street; thence East along the center line of Northwest Thirteenth Street to the railroad tracks of the Atchison, Topeka and Santa Fe Railroad; thence North along the center line of the said railroad tracks to Northwest Thirty-Sixth Street, the point of beginning.

87. That part of Oklahoma County beginning at the intersection of Northwest Thirty-Eighth Street and Pennsylvania; thence West along the center line of Northwest Thirty-Eighth Street to Altadena; thence North along the center line of Altadena to Northwest Thirty-Ninth Street; thence West along the center line of Northwest Thirty-Ninth Street to Tulsa; thence South along the center line of Tulsa as extended to Northwest Twentieth Street; thence East along the center line of Northwest Twentieth Street to Portland; thence South along the center line of Portland to Northwest Thirteenth Street; thence East along the center line of Northwest Thirteenth Street to May; thence North along the center line of May to Northwest Sixteenth Street;

thence East along the center line of Northwest Sixteenth Street to Youngs Boulevard; thence South on Youngs Boulevard to Northwest Fourteenth Street; thence East on Northwest Fourteenth Street to Pennsylvania; thence North along the center line of Pennsylvania to Northwest Thirty-Eighth Street, being the place of beginning.

88. That part of Oklahoma County beginning at the intersection of Northwest Sixteenth Street and May Avenue; thence West along the center line of Northwest Sixteenth Street to Youngs Boulevard; thence South on Youngs Boulevard to Northwest Fourteenth Street; thence East on Northwest Fourteenth Street to Pennsylvania; thence North along the center line on Pennsylvania to Northwest Sixteenth Street; thence East along the center line of Northwest Sixteenth Street to Blackwelder; thence South along the center line of Blackwelder to Northwest Fourteenth Street; thence East along the center line of Northwest Fourteenth Street to McKinley; thence North along the center line of McKinley to Northwest Fifteenth Street; thence East along the center line of Northwest Fifteenth Street to Klein; thence North along the center line of Klein to Northwest Sixteenth Street; thence East along the center line of Northwest Sixteenth Street to Western Avenue; thence North along the center line of Western Avenue to Northwest Seventeenth Street; thence East along the center line of Northwest Seventeenth Street to Lee; thence South along the center line of Lee to Northwest Thirteenth Street; thence East along the center line of Northwest Thirteenth Street to Harvey; thence South along the center line of Harvey to Northwest Sixth Street; thence West along the center line of Northwest Sixth Street

to Hudson; thence South along the center line of Hudson to Southwest Eighth Street; thence West along the center line of Southwest Eighth Street to the North Canadian River; thence Westerly along the center of the North Canadian River to May Avenue; thence North on May to Northwest Sixteenth Street, the place of beginning.

89. That part of the Oklahoma County beginning at the intersection of Southwest Eighth Street and the railroad tracks of the Atchison, Topeka & Santa Fe; thence West on Southwest Eighth Street to the North Canadian River; thence Westerly along the center of the North Canadian River to May Avenue; thence South along the center line of May Avenue to Southwest Thirty-Sixth Street; thence East along the center line of Southwest Thirty-Sixth Street to Shartel; thence North along the center line of Shartel to Southeast Twenty-Ninth Street; thence East along the center line of Southeast Twenty-Ninth Street to Lee; thence North along the center line of Lee to Southwest Twenty-Second Street; thence East along the center line of Southwest Twenty-Second Street; thence East along the center line of Southwest Twenty-Second Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence North along the center line of the said railroad tracks to Southwest Eighth Street, being the point or place of beginning.

90. That part of Oklahoma County beginning at the intersection of Reno and May Avenue; thence West along the center line of Reno to the West boundary line of Oklahoma County; thence South along the West boundary line of Oklahoma County to the South boundary of Oklahoma County; thence East

**359**

DISTRICT
NO.

AREA WITHIN DISTRICT
(Counties)

DISTRICT
NO.

AREA WITHIN DISTRICT
(Counties)

along the South boundary line of Oklahoma County to May Avenue; thence North along the center line of May Avenue to Reno, being the point or place of beginning.

91. That part of Oklahoma County beginning at the intersection of May Avenue and Southwest Thirty-Sixth Street; thence East along the center line of Southwest Thirty-Sixth Street to Western; thence South along the center line of Western to the South boundary line of Oklahoma County; thence West along the South boundary line of Oklahoma County to May Avenue; thence North along the center line of May Avenue to Southwest Thirty-Sixth Street, being the point or place of beginning.

92. That part of Oklahoma County beginning at the intersection of Southwest Thirty-Sixth Street and Western; thence East along the center line of Southwest Thirty-Sixth Street to the railroad tracks of the Atchison, Topeka and Santa Fe Railroad; thence Southeasterly along the center line of said railroad tracks to High; thence North along the center line of High to Southeast Forty-Fourth Street; thence East along the center line of Southeast Forty-Fourth Street to Sooner Road; thence North along the center line of Sooner Road to Southeast Twenty-Ninth Street; thence East along the center line of Southeast Twenty-Ninth Street to Douglas Boulevard; thence South along the center line of Douglas Boulevard to the South boundary line of Oklahoma County; thence West along the South boundary line of Oklahoma County to Western; thence North along the center line of Western to Southwest Thirty-Sixth Street, being the point or place of beginning.

93. That part of Oklahoma County beginning at the intersection of

Southeast Forty-Fourth Street and Bryant Avenue; thence North along the center line of Bryant Avenue to the point where the Smith Village limits go East; thence East along the Smith Village limits to Scott Street; thence North along the center line of Scott Street to the point where the Del City limits go West; thence West along the Del City limits to Bryant Avenue; thence North along the center line of Bryant to Reno; thence West along the center line of Reno to the North Canadian River; thence Southwesterly along the center of the meandering course of the North Canadian River to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence South along the center of said railroad tracks to Southwest Twenty-Second; thence West along the center line of Southwest Twenty-Second Street to Lee; thence South on Lee to Southwest Twenty-Ninth Street; thence West on Southwest Twenty-Ninth Street to Shartel; thence South on Shartel to Southeast Thirty-Sixth Street; thence East along the center line of Southeast Thirty-Sixth Street to the railroad tracks of the Atchison, Topeka and Santa Fe Railroad; thence Southeasterly along the center line of said railroad tracks to High; thence North along the center line of High to Southeast Forty-Fourth Street; thence East along the center line of Southeast Forty-Fourth Street to Bryant, being the point or place of beginning.

94. That part of Oklahoma County beginning at the intersection of Southeast Forty-Fourth Street and Bryant Avenue; thence North along the center line of Bryant Avenue to the point where the Smith Village limits go East; thence East along the Smith Village limits to Scott Street; thence North along the center line of Scott Street to the point

where the Del City limits go West; thence West along the center line of the Del City limits to Bryant Avenue; thence North along the center line of Bryant to the common boundaries of Oklahoma City and Del City; thence Northeasterly along the common boundaries of Oklahoma City and Del City to Sunny Lane; thence North along Sunny Lane to Northeast Tenth Street; thence East along the center line of Northeast Tenth Street to Sooner Road; thence South along the center line of Sooner Road to Southeast Fifteenth Street; thence East along the center line of Southeast Fifteenth Street to Air Depot Boulevard; thence South along the central line of Air Depot Boulevard to Fairchild; thence West along the center line of Fairchild to Stansel; thence South along the center line of Stansel to the point where the present precinct line of Precinct 3 of Ward 1 goes East; thence East on said precinct line to Air Depot; thence South on Air Depot to Southeast Twenty-Ninth Street; thence West on Southeast Twenty-Ninth to Sooner Road; thence South on Sooner Road to Southeast Forty-Fourth; thence West along the center line of Southeast Forty-Fourth to Bryant Avenue, being the point or place of beginning.

95. That part of Oklahoma County beginning at the intersection of Northeast Tenth Street and Sooner Road; thence South along the center line of Sooner Road to Southeast Fifteenth Street; thence East along the center line of Southeast Fifteenth Street to Air Depot Boulevard; thence South along the center line of Air Depot Boulevard to Fairchild; thence West along the center line of Fairchild to Stansel; thence South along the center line of Stansel to the point where the present precinct line of Precinct 3 of Ward

1 goes East; thence East on said precinct line to Air Depot; thence South on Air Depot to Southeast Twenty-Ninth Street; thence East on Southeast Twenty-Ninth to Douglas Boulevard; thence North on Douglas to Northeast Tenth; thence West along the center line of Northeast Tenth to Bryant Avenue, being the point or place of beginning.

96. That part of Oklahoma County beginning at the intersection of Douglas Boulevard and Northeast Tenth Street; thence South along Douglas Boulevard to the South boundary line of Oklahoma County; thence East along the South boundary line of Oklahoma County to the East boundary line of Oklahoma County; thence North along the East boundary line of Oklahoma County to the North Boundary line of Oklahoma County; thence West along the North boundary line of Oklahoma County to the Indian Meridian; thence South along the Indian Meridian to the section line between Sections 13 and 24, Township 14 North, Range 1 West (which is also known as Northeast Two-Hundred-Sixth); thence West along the center of said section line to the section line between Sections 22 and 23, Township 14 North, Range 1 West (which section line is also known as Henney Road); thence South along the said section line to the half section line running East to West through Section 26, Township 14 North, Range 1 West; thence East along the said half section line to the section line between Sections 25 and 26, Township 14 North, Range 1 West (which section line is also known as Choctaw Road); thence South along the said section line to the section line between Section 36, Township 14 North, Range 1 West and Section 1, Township 13 North, Range 1 West (which is also known as Northeast One-Hundred-

Sixth-Fourth Street); thence East along the said section line to the half section line running North to South through Section 1, Township 13 North, Range 1 West; thence South along the said half section line to the half section line running East to West through said Section 1, Township 13 North, Range 1 West; thence West along the center line of said half section line to the section line between Sections 1 and 2 (which section line is also known as Choctaw Road); thence South along the said section line to the section line between Sections 1 and 12, Township 13 North, Range 1 West (which is also known as Northeast One - Hundred - Fiftieth); thence East along the center line of said section line to the half section line running North to South through said Section 12, Township 13 North, Range 1 West; thence South along the said half section line to the section line between Sections 12 and 13, Township 13 North, Range 1 West (which is also known as Northeast One - Hundred - Thirty - Sixth Street); thence East along the said section line to the railroad track of the St. Louis & San Francisco Railroad; thence South and Southwesterly along the center line of said railroad track to the Indian Meridian; thence South along the Indian Meridian; thence South along the Indian Meridian to the section line between Section 36, Township 13 North, Range 1 West and Section 1, Township 12 North, Range 1 West (which is also known as Wilshire Boulevard); thence West along the said section line to Choctaw Road; thence South along the center line of Choctaw Road to the section line between Sections 2 and 11, Township 12 North, Range 1 West (which is also known as Northeast Sixty-Third Street); thence West along the said section line to the section

line between Sections 10 and 11, Township 12 North, Range 1 West (which is also known as Henney Road); thence South along the said section line to the section line between Sections 10 and 15, Township 12 North, Range 1 West (which is also known as Northeast Fiftieth); thence West along the center line of Northeast Fiftieth to the half section line running South to North through Section 10, Township 12 North, Range 1 West; thence North along the said half section line to Northeast Sixty-Third Street; thence West along the center line of Northeast Sixty-Third Street to the section line between Section 7, Township 12 North, Range 1 West and Section 12, Township 12 North, Range 2 West (which section line is also known as Post Road); thence South along said section line (approximately one-fourth mile) to the alley North of Rock Island; thence East along the center line of said alley to the section line between Sections 11 and 12, Township 12 North, Range 2 West; thence South along said section line to the half section line running East to West through Section 11, Township 12 North, Range 2 West; thence West along said half section line to the North Canadian River; thence Southwesterly and then Northwesterly and again Southwesterly along the center of the North Canadian River to Sooner Road, as extended; thence South on Sooner Road as extended to the railroad tracks of the St. Louis & San Francisco Railroad; thence Southwesterly along the center line of said railroad tracks to Northeast Tenth Street; thence East along the center line of Northeast Tenth Street to Douglas Boulevard, the point of beginning.

97. That part of Oklahoma County beginning at the intersection of Western and Wilshire; thence East

on Wilshire to the half section line which runs North to South through Sections 3 and 10, Township 12 North, Range 2 West; thence South on said half section line to the North Canadian River; thence Southwesterly along the North Canadian River to Sooner Road as extended; thence South on said Sooner Road as extended to Northeast Twenty-Third Street; thence West on Northeast Twenty-Third Street to Kelley; thence South on Kelley to Northeast Thirteenth Street; thence West on Northeast Thirteenth Street to Lindsey; thence North on Lindsey to Northeast Sixteenth Street; thence West on Northeast Sixteenth Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence North along said tracks to Grand Boulevard; thence Westerly on Grand Boulevard to Western; thence North on Western to Wilshire, being the point or place of beginning.

98. That part of Oklahoma County beginning at the intersection of Northeast Twenty-Third Street and Sooner Road; thence East along the center line of Northeast Twenty-Third Street to Kelley; thence South along the center line of Kelley (and High) to the North Canadian River; thence Northeasterly along the center line of said river to Reno; thence East on Reno to Bryant; thence North along the center line of Bryant to the common boundaries of Oklahoma City and Del City; thence Northeasterly along the common boundaries of Oklahoma City and Del City to Sunnylane; thence North along Sunnylane to Northeast Tenth Street; thence East along the center line of Northeast Tenth Street to the railroad tracks of the St. Louis & San Francisco Railroad; thence Northeasterly along said tracks to Sooner Road; thence North on Sooner Road to Northeast Twenty-Third Street, being the place of beginning.

99. That portion of Oklahoma County beginning at the intersection of Northwest Thirteenth Street and Harvey; thence South along the center line of Harvey to Northwest Sixth Street; thence West along the center line of Northwest Sixth Street to Hudson; thence South along the center line of Hudson to Southwest Eighth Street; thence East along the center line of Southwest Eighth Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad tracks; thence South to the North Canadian River; thence Northeasterly along the center of said river to High; thence North on High and Kelley to Northeast Thirteenth Street; thence East on Northeast Thirteenth Street to Lindsey; thence North on Lindsey to Northeast Sixteenth Street; thence West on Northeast Sixteenth Street to the railroad tracks of the Atchison, Topeka & Santa Fe Railroad; thence South along said tracks to Northwest Thirteenth Street; thence West on Northwest Thirteenth Street to Harvey, the point of beginning.

In the event of a discrepancy in the description of a district in Oklahoma, Tulsa, or Comanche Counties, the appropriate County Election Board shall proceed in accordance with the obvious intent hereof, and report the discrepancy and the corrective action taken by it to this Court.

It is so ordered by this Court this 6th day of August, 1964.

## SUPPLEMENTAL ORDER

The Attorney General of Oklahoma has filed a Motion under Rule 52(b) To Correct And Amend Findings: And To Make Additional Findings: And To Amend Judgment Accordingly. Certain Intervenors filed a Notice of Appeal to the United States Supreme Court after the

filing of such motion. Jurisdiction remains in this Court to consider such motion of the Attorney General, the Notice of Appeal being premature. We have considered such motion and reconsidered our Order of August 7, 1964, and find that such motion, as supplemented, should be in part overruled and in part sustained.

▉ Under the Oklahoma law, where precinct lines do not conform to legislative district lines, it is the duty of the County Election Board to change such precincts. In our previous order there were only a few instances where such precincts were interferred with in Oklahoma County and in Comanche County. The Oklahoma County Election Board has begun the procedures required to alter the appropriate precincts and such procedures should be carried through in sufficient time for the September 29, 1964, special election. We hereinafter amend the Revised Order of Reapportionment as it applies to Districts within Comanche County to make precinct changes unnecessary. No instances of necessary changes of precinct lines in Tulsa County are pointed out to the Court.

The intent of the Court is to follow precinct lines in all districting except in Oklahoma County. In the event any district lines in either this order or the Revised Order of Reapportionment, except in Oklahoma County, shall not conform to present precinct lines the Districts as described in such orders are by the terms of this order amended to so conform by following such precinct lines in the manner which will effect the smallest population change in the Districts affected. If such conformation shall be necessary in any district the appropriate County Election Board shall report such fact to this Court.

▉ The Attorney General questions that part of our Revised Order of Reapportionment which provides that senators elected in 1970 shall serve only a two year term, asserting that this is contrary to the Oklahoma Constitution. That part of our previous order is stricken and such senators shall be elected for a period of four years. The possible problem envisioned by the Court, which prompted the Order now stricken, can be met if and when the occasion arises.

Certain former nominees for election to the House of Representatives, allowed by this Court to intervene herein on August 17, 1964, have filed their Answer alleging that the mechanics and complexities of state election laws result in a chaotic condition because this Court has held the May, 1964, Primary election void. Such allegation is merely a conclusion. This Court has examined the State election laws. It has had the benefit of the testimony of the Secretary of the State Election Board at the trial and the opinions of the Attorney General of Oklahoma relating to the election procedures under the laws of Oklahoma. In no instance has there been any suggestion of any difficulties which will be encountered in proceeding with the ordered special elections. Oklahoma has the means, time and funds under the law with which to effect a properly and legally apportioned legislature for the 1965 session and need not wait until the 1967 session to effect this relief. There is no basis in law for the allegation that the order of this Court has or will create chaos, confusion, or great difficulties and the special elections heretofore ordered shall proceed.

House of Representative Districts 10, 11, 33, 34, 37, 38, 40, 41, 44 and 45, as described in the Revised Order of Reapportionment, are the same in area as Districts provided in the law of Oklahoma prior to the enactment of State Question 416. This Court did not void the primary and run-off primary elections held in May, 1964, in such districts for the reason that such Districts in no way contributed to the unconstitutionality of the then existing apportionment scheme. The people in the counties comprising these Districts did not have representation substantially disproportionate to their numbers. We overrule the motion of the Attorney General to establish district lines within such counties and again permit the candidates for such Districts

to run at-large in such counties. In so doing, we reiterate that we do not indicate approval of at-large elections and do not mean to hold that such elections would necessarily comport with constitutional requirements of equal protection of citizens under other circumstances. We find that to void such elections for the sole purpose of achieving as near the ideal as we are able in effecting reapportionment would not be equitable in view of the proportionate representation of the people in such districts. The division of such counties into separate Districts not overlapping in area may be accomplished in the near future by the ensuing legislature so long as such divisions are substantially equal in population.

In order to conform the Senatorial and Representative Districts strictly to precinct lines in Comanche County, Senatorial Districts and Representative Districts, as described in the Revised Order of Reapportionment, are amended to read as follows:

## SENATORIAL DISTRICTS:

| DISTRICT NO. | AREA WITHIN DISTRICTS |
| --- | --- |
| 31 | All of that portion of Comanche County lying East of a line which commences at the point where U.S. Highway 277 intersects the South border of Crosby Township; thence North along U.S. Highway 277 through Crosby Township and between Lawrence and Lincoln Townships to Southwest Bishop Road in Lawton, Oklahoma; thence West along Southwest Bishop Road to Sheridan Road; thence North along Sheridan Road to Northwest Ferris Avenue; thence East along Northwest Ferris Avenue to Northwest Fort Sill Boulevard; thence North to and through the Fort Sill Military Reservation along the line which constitutes the East boundary of Lake Township to the Caddo County line. |

| DISTRICT NO. | AREA WITHIN DISTRICTS |
| --- | --- |
| 32 | All that portion of Comanche County and the City of Lawton, Oklahoma, not included in the preceding district. |

## HOUSE OF REPRESENTATIVE DISTRICTS:

| DISTRICT NO. | AREA WITHIN DISTRICTS |
| --- | --- |
| 62 | All of that portion of Comanche County lying South and West of a line which commences at the point where U.S. Highway 277 intersects the South border of Crosby Township; thence North along U.S. Highway 277 through Crosby Township and between Lawrence and Lincoln Townships to Southwest Bishop Road in Lawton, Oklahoma; thence West along said Bishop Road to Sheridan Road; thence North along Sheridan Road to Northwest Cache Road; thence West along Northwest Cache Road to Northwest Fifty-Second Street; thence North along said section line to the South boundary of the Fort Sill Military Reservation; thence West along the South boundary of said reservation to the line between Sections 16 and 17 in Quanah Township, T2N, R13W; thence North along such section line a distance of three (3) miles; thence West along the North Quanah Township line to the half Section line of Section 4 in Quanah Township, T2N, R14W; thence North a distance of one-half mile; thence West a distance of three and one-half miles to the section line between Sections 35 and 36, T3N, R15W; thence North one-half mile; thence West one mile; thence North along the West boundary of said reservation, conforming to such boundary, to the Northwest corner of said reservation, thence one mile East to the first section line; thence North along said section line to the Kiowa County Line. |

| DISTRICT NO. | AREA WITHIN DISTRICTS | DISTRICT NO. | AREA WITHIN DISTRICTS |
|---|---|---|---|

63 All of that portion of Comanche County lying South and East of a line which commences at the point where U.S. Highway 277 intersects the South border of Crosby Township; thence North along U.S. Highway 277 through Crosby Township and between Lawrence and Lincoln Townships to Southwest Bishop Road in Lawton, Oklahoma; thence West along said Bishop Road to Sheridan Road; thence North along Sheridan Road to Gore Boulevard; thence East along Gore Boulevard to Southwest Fourth Street; thence South to the St. Louis and San Francisco Railroad tracks; thence East, North and West around the boundary of Precinct 1, Ward 3 to the intersection of East Gore and Northwest Nebraska; thence Northwest along Nebraska to the C.R.I. & P. Railroad; thence North along said railroad, the same being the West boundary of the present Lincoln Precinct No. 1, to the South boundary of the Fort Sill Military Reservation at its northernmost point in Section 17; hence Southeast and East along the South boundary of said reservation to the Eastern boundary of Lawton Township; the same being the Eastern boundary of the present Lincoln Precinct No. 1; thence South along the Eastern boundary of Lawton Township to the center line of State Highway No. 7; thence East along the North line of Hulen Township and State Highway 7 to the Stephens County Line.

64 All that portion of Comanche County lying within the following boundary: Beginning at a point two miles East of the Northwest corner of Comanche County; thence South along the section line to the Northern boundary of the Fort Sill Military Reservation; thence West and South along the Northern and Western boundary of said reservation, conforming to such boundary to the

Northwest corner of Section 35, T3N, R15W; thence East one mile; thence South one-half mile; thence East three and one-half miles to the center of Section 33, T3N, R14W; thence South one-half mile to the Northern boundary of Quanah Township; thence East along said Northern boundary to the Northwest corner of Section 4, T2N, R13W; thence South three miles to the South boundary of the Fort Sill Military Reservation; thence East along the South boundary of said reservation to the section line at approximately Northwest Fifty-Second Street; thence South along said section line to Northwest Cache Road; thence East along said Northwest Cache Road to Fort Sill Boulevard; thence North to and through the Fort Sill Military Reservation and to the Caddo County Line along the East line of Lake Township; thence West along the North line of Comanche County to the section line two miles East of the Northwest corner of Comanche County, the point of beginning.

65 That portion of Comanche County and the City of Lawton, Oklahoma, not included in the three preceding districts.

The Attorney General of Oklahoma has submitted proposed District lines for the multi-county, multi-member Districts, representing that such districts are substantially equal in population. We adopt such proposed District lines and the Revised Order of Reapportionment for the House of Representatives insofar as it describes the following numbered Districts is amended to read as follows:

| DISTRICT NO. | AREA WITHIN DISTRICTS |
|---|---|

2 All of Sequoyah County, and Cowlington, Braden and Pocola Townships, in LeFlore County together with cities and towns located in such townships.

**366**

| DISTRICT NO. | AREA WITHIN DISTRICTS |
|---|---|
| 3 | All of that part of LeFlore County not included in District No. 2. |
| 4 | All of Cherokee County and Wauhillan, Bunch and Lees Creek Townships in Adair County. |
| 5 | All of Delaware County and Chance, Ballard, Christie, Westville, Baron and Stilwell Townships in Adair County. |
| 6 | All of Craig County; and all of the following townships, together with cities and towns located therein, in Ottawa County: Afton, Council House, Narcissa, and Wyandotte. |
| 7. | All of the following townships, together with cities and towns located therein, in Ottawa County: Peoria, Ottawa, and Quapaw. |
| 8 | All of Mayes County and that area within Inola, Catoosa and Chelsea Townships in Rogers County. |
| 9 | All of Nowata County and that area of Rogers County not included in District No. 8. |
| 12 | All of Wagoner County, and that part of Muskogee County within present territorial boundaries of voting precincts Nos. 32, 33, 34, 36A, 36B, 37, 48, 49, 50, 51, 52, 53 and 54. |
| 13 | That part of Muskogee County within present territorial boundaries of voting precincts Nos. 15A, 15B, 16, 17, 18, 19, 20A, 20B, 21, 22, 23A, 23B, 24, 25, 26, 27, 28, 29, 30, 31A, 31B, 31C, 35, 38B, 46, 47, 55, 56, 58, 59, 60, 61, 62, 63, 64, 65, 66. |
| 14 | That part of Muskogee County within present territorial boundaries of voting precincts Nos. 1A, 1B, 2, 3, 4, 5, 6A, 6B, 7A, 7B, 8A, 8B, 9, 10A, 10B, 11A, 11B, 12, 13, 14, 38A, 39A, 39B, 40, 41, 42, 44, 45, and 57. |
| 15 | All of McIntosh County and that area lying within Schulter and Henry Townships in Okmulgee County. |
| 16 | All of Okmulgee County except that area lying within Schulter and Henry Townships in said County. |
| 17 | All of Haskell and Latimer Counties, and Quinton, Dow, Canadian and Ti Townships, and the cities and towns located therein, in Pittsburg County. |
| 18 | All of Pittsburg County except Quinton, Dow, Canadian and Ti Townships and the cities and towns located in such townships. |
| 20 | All of Atoka, Marshall and Love Counties, and that part of Bryan County lying generally North and West of a line beginning at the Northeast corner of Section 2, Township 5 South, Range 9 East of the Indian Meridian on the county line between Atoka and Bryan counties; thence South to the Southeast corner of Section 14, Township 5 South, Range 9 East of the Indian Meridian; thence West to the Northwest corner of Section 21, Township 5 South, Range 9 East of the Indian Meridian; thence South to the Southeast corner of Section 5, Township 6 South, Range 9 East of the Indian Meridian; thence West to the Southwest corner of Section 6, Township 6 South, Range 9 East of the Indian Meridian; thence North to the Northwest corner of said Section 6; thence West to the Bryan Marshall County line. |
| 21 | All of Bryan County except that portion of said County lying in District No. 20. |
| 22 | All of Johnston County, all of Murray County, and that part of Garvin County located in Brady Township (except that part thereof in Sections 3, 4, 5, and 6, Township 2 North, Range 1 East) and Elmore Township (except that part thereof in Sections 25, 26, 35 and 36, Township 3 North, Range 4 West), to- |

| DISTRICT NO. | AREA WITHIN DISTRICTS | DISTRICT NO. | AREA WITHIN DISTRICTS |

gether with cities and towns located in such townships.

23 All of Garvin County except those portions thereof located in District No. 22.

24 All of Hughes and Coal Counties, and Allen and Stonewall Townships, and the East three miles of Fitzhugh Township in Pontotoc County.

25 All of Pontotoc County except Allen and Stonewall Townships, and the East three miles of Fitzhugh Township in said County.

26 The area in Pottawatomie County presently included in the following designated Shawnee voting precincts, to-wit:
Precincts 1 through 5 in Ward 1;
Precincts 1 through 4 in Ward 2;
Precincts 1 and 2 in Ward 3;
Precincts 1 through 4 in Ward 4;
Precincts 1 through 7 in Ward 5;
Precincts 1 through 8 in Ward 6.

27 The area in Seminole County included in Konawa and Miller Townships in said County, and all of Pottawatomie County except the area included in District No. 26.

28 All of Seminole County except the area included in Konawa and Miller Townships in said County.

29 All of Okfuskee County and the area in Creek County included within Lakeside, Sunnyslope, Depew, Bristow, Shannon and Tiger Townships, and that part of Gypsy Township included in the present Newby voting precinct.

30 All of Creek County not included in District No. 29.

31 All of Noble County and the area included in Orlando, Mulhall, Lawrie, Guthrie, LeBron, Rose Hill, Marshall, Oak View, Woodland, Bear Creek and South Cimarron Townships in Logan County.

32 All of Lincoln County and the area in Logan County not included in District No. 31.

35 All of Pawnee County, and all territory located within the following townships, and cities and towns therein, in Osage County; Foraker Township, Big Hill Township, and Fairfax Township.

36 All that part of Osage County located within the following townships, and cities and towns therein, in Osage County; Black Dog Township, Bigheart Township, Strike Axe Township, Hominy Township, and Caney Township.

46 All of McClain County and the territory within Harrison, Pursley, Bradley, Naples, Prairie Valley, Middleburg, Vincent, Waldron, Tuttle, Union, Washington, Dutton, Pocasset, Amber, Tabler, Alex, and the North half of Lucille Townships in Grady County.

47 All of Grady County except the territory thereof located in District No. 46.

48 All of that portion of Carter County within the boundaries of Morgan Township, including The City of Ardmore, located therein.

49 All of Jefferson County and all of Carter County except Morgan Township.

50 All of King Township, including Duncan City, located in Stephens County.

51 All of Cotton County and all of Stephens County, except King Township, including Duncan City located therein.

52 Part of Jackson County, described as: Beginning at a point in Jackson County where the Salt Fork of the Red River crosses the boundary line between Sections 27 and 34, Township 1 North, Range 21 West (the same being the Southwest corner of Baucum Township); thence North along the center of

| DISTRICT NO. | AREA WITHIN DISTRICTS |
|---|---|

Salt Fork to a point where the same crosses the boundary line between Sections 29 and 32, Township 3 North, Range 21 West; thence East eight miles to the Northeast corner of Section 34, Township 3 North, Range 20 West; thence South one mile to the Southeast corner of said Section; thence East four miles to the Northeast corner of Section 5, Township 2 North, Range 19 West; thence South six miles to the Southeast corner of Section 32, Township 2 North, Range 19 West; thence West four miles to the Northeast corner of Section 3, Township 1 North, Range 20 West; thence South five miles to the Southeast corner of Section 27, Township 1 North, Range 20 West; thence West to the place of beginning; such area comprising the present territory embraced in the city of Altus and Baucum Precincts Nos. 1 and 2.

53 All of Tillman County, and all of Jackson County not included in District No. 52.

55 All of Washita County and the area included in Hydro, Caddo, Beaver, Swan Lake, North Lathram and South Lathram Townships in Caddo County.

56 All of Caddo County except the area included in Hydro, Caddo, Beaver, Swan Lake, North Lathram and South Lathram Townships in said County.

All of the provisions of our Order of August 7, 1964, relating to the holding of special elections shall likewise apply to the terms of this Supplemental Order.

The Governor of Oklahoma has issued a Proclamation calling special elections in accordance with the plan described in the Revised Order of Reapportionment and the election plans are proceeding. The amendments in this Order shall be effective as if included in the Revised Order of Reapportionment when entered on August 7, 1964, and such Proclamation shall relate to such Order as amended herein.

The Court retains jurisdiction for the purpose of making any further orders deemed necessary.

The Clerk of this Court is directed to forthwith transmit by mail copies of this Supplemental Order to the Secretaries of the County Election Boards in Oklahoma.

It is so ordered by the unanimous decision of this Court this 19th day of August, 1964.